Best Regards
d'Amico Dry - Singapore
********************************************************
Kindly note our NEW DIRECT numbers
Thomas Ringberg (Direct):      +65 6854 7361
Mike Williams (Direct):        +65 6854 7362
Pratik Ray Chowdhury (Direct): +65 6854 7363
German Garcia (Direct):        +65 6854 7364
Capt.Satish Kotakonda (Direct): +65 6854 7365
Queenie Cheam (Direct):        +65 6854 7366
Fax +65 6586 0879
www.damicoint.com
********************************************************

Henrik.Noergaard@stshi
pping.com                   To  dry@damicoint.com, chowdhury.p@damicoint.com
                            cc  tommy.lund@glencore.com, Kevin.Wongsc@stshipping.com, joe.lee@stshipping.com,
09/17/2008 10:45 AM             kelvin.lee@stshipping.com, Harjote.Singh@stshipping.com,
                                vanessa.wang@glencore.com.sg
                          Subj  D'amico/Glag - 9th Shipment Laycan under C/P dated 26th Jan 2006.
                            ect

Pratik,

d'Amico / GIAG - CP Dated 26.01.2006
—

As per terms and conditions of the CP Charterers hereby give the required notice of laydays
for the 9th and final shipment under above CP as follows :

Loadport     : 1sa Samarinda
Laydays      : 10 - 20 Oct 2008
Dischport    : 1sb Map Ta Phut

Please acknowledge and Charterers look forward to receive owners nomination in due course

Brgds
Henrik Nørgaard
ST Shipping & Transport Pte. Ltd.
Tel +65 6416 7633
Mob +65 9647 1536

LB DEP 124

ps/Thomas

Best Regards, Thomas Ringberg

**d'Amico Shipping Singapore Pte Ltd**
P +65 6854 7361
M +65 9782 8622
F +65 6854 7369
E ringberg.t@damicoint.com
www.damicoint.com
------ Forwarded by Thomas Ringberg/Montecarlo/Cogema/D'Amico Group on 10/29/2008 01:53 PM ------

|  |  |  |
|---|---|---|
| Henrik.Noergaard@stshipping.com | To | ringberg.t@damicoint.com |
| 10/29/2008 01:34 PM | cc | chowdhury.p@damicoint.com, dry@damicoint.com, tommy.lund@glencore.com, Kevin.Wongso@stshipping.com, joe.lee@stshipping.com, kelvin.lee@stshipping.com, Harjote.Singh@stshipping.com, Henrik.Noergaard@stshipping.com |
|  | Subject | D'amico/St Shipping - 4th Shipment Laycan under C/P dated 31st Oct 2007 nomination |

Thomas - Pratik / Henrik

Re D'amico / St Shipping - CP dd 31-08-2007

We herewith confirm that shippers and receivers have accepted the nominated vessel "Medi Dublin" in accordance with the terms and conditions of the CP with:

- Laydays: 10 - 19 November 2008
- Loadport: 1sa Samarinda
- Dischport: 1sb Map Ta Phut

* Pls note we pushed for early loading but unfortunately have to stick to the agreed laycan. However we will try to load soonest once our barges become available.

Please copy all all post fixture matters for subject vessel to the following E-mail :
Sg.traffic@glencore.com.sg

Brgds
Henrik Nørgaard
ST Shipping & Transport Pte. Ltd.
Tel +65 6415 7633
Mob +65 9647 1535

DATE: 14/11/2008
TIME: 10:31:34


PRATIK/RENATE


RE: MEDI DUBLIN/PREMIER CHTRG CP DD 14 NOVEMBER 2008


PLEASED TO CONFIRM THAT WE ARE FULLY FIXED ASF:


ALL NEGOTIATIONS/EVENTUAL FIXTURE TO BE KEPT STRICTLY PRIVATE
AND CONFIDENTIAL.

1       ACCT PREMIER CHARTERING, G'TEED BY CONCORD ENERGY
CONCORD ENERGY PTE LTD
HEAD OFFICE
350 ORCHARD ROAD
#20-09

SHAW HOUSE
SINGAPORE 238868
TEL: (65) 6836 4744
FAX: (65) 6836 6091
TELEX: RS 20771 "CONCRD"
EMAIL: TRADE@CONCORDENERGY.COM.SG


1.1     OWNERS:   D'AMICO DRY LIMITED, DUBLIN

1.2     LOADING POINT       : 1SA TABONEO, BANJARMASIN, SOUTH
KALIMANTAN
DISCHARGING POINT   : 1SB IRPC TERMINAL, RAYONG
THAILAND

1.3     LAYCAN : 28 NOV - 5 DEC 08

        AT LEAST 15 DAYS PRIOR TO THE 8 DAY DATE RANGE,
        SHIPOWNER TO NARROW DOWN TO A 5 DAY DATE RANGE
        FOLLOWING ACCEPTANCE OF VESSEL, OWNER SHALL ADVISE ANY CHANGE
        IN VESSEL S PLANNED ETA AT LOADING PORT. THE OWNER SHALL
        ARRANGE FOR THE MASTER OF VESSEL TO NOTIFY CHARTERER AND  ITS
        PORT AGENT OF THE VESSEL_S ETA 7 (SEVEN) DAYS, 5 (FIVE) DAYS, 3
        (THREE) DAYS,   (FORTY
        EIGHT) HOURS, 24 (TWENTY FOUR) HOURS PRIOR TO ETA OF THE VESSEL
        AT THE LOADING PORT.

1.4.    QUANTITY : 1 SHIPMENT OF 50,000 MT +/- 10 PCT COAL IN BULK IN
OWNERS OPTION

        NOT LATER THAN 8 (EIGHT) WORKING DAYS
        PRIOR TO ARRIVAL OF VESSEL AT THE LOADING PORT, OWNER SHALL
        DECLARE THE COAL QUANTITY LOADABLE SUPPORTED  BY THE STOWAGE
        PLAN

2.      PERFORMING VSL
PREFER NAMED VSL, BUT IN CASE TBN VSL, POINT 3 TO APPLY AND

LB DEP 126

NO LATER THAN 12 DAYS PRIOR TO ETA OF VESSEL, SHIPOWNER SHALL
NOMINATE THE PERFORMING VESSEL TO CHARTERER

3.      VESSEL REQUIREMENT:
SHIPOWNER TO WARRANT VESSEL IS OCEAN-GOING SINGLE DECK VESSEL, MAX 15
YRS, MINIMUM FOUR CRANES EACH 25 (TWENTY-FIVE) TONNES LIFTING CAPACITY
PER UNIT, MINIMUM 4 GRABS AT A MINIMUM OF 12 CBM PER UNIT IN GOOD
WORKING CONDITIONS, WITH MINIMUM OUTREACH OF CRANES 9.5 METRES,
DISTANCE FROM SEA LEVEL TO BOTTOM OF GRAB WHEN LADEN MINIMUM 15.4
METRES, WITH THE MAXIMUM ARRIVAL DRAFT OF 15 METRES AT DISCHARGE PORT.

4.      LOADING/UNLOADING TERMS

A)LAYTIME TO COMMENCE 12 (TWELVE) HOURS AFTER NOR HAS BEEN TENDERED
AND ACCEPTED UNLESS SOONER COMMENCED IN WHICH CASE ACTUAL TIME
USED TO COUNT BENDS. LAYTIME SHALL BE DEEMED COMPLETED AFTER REMOVAL
OF ALL SHORE EQUIPMENTS FROM THE VESSEL.

B)COAL SHALL BE LOADED AVERAGE RATE 7,000 MT PER WEATHER WORKING
DAY 24 CONSECUTIVE HOURS, SHINC AND DISCHARGED AT AVERAGE RATE OF 8000
MT PER WEATHER WORKING DAY 24 CONSECUTIVE HOURS, SHINC.

C)FIRST OPENING AND LAST CLOSING OF HATCHES AND BREAKDOWN OF
WINCHES WILL NOT COUNT AS LAY TIME ON PRO RATA BASIS.

D) NOTICE OF READINESS (NOR) SHALL BE TENDERED BY THE VESSEL ON
ARRIVAL AT THE LOADING PORT, WHETHER IN BERTH OR NOT (WIBON), ANY TIME
DAY & NIGHT, SUNDAYS AND HOLIDAYS (EXCLUDING MAJOR INDONESIAN
HOLIDAYS), PROVIDED THE VESSEL IS IN ALL RESPECT READY TO LOAD AND IS
IN FREE PRATIQUE OR CUSTOM/IMMIGRATION CLEARED, IN CASE FREE PRATIGUE
IS NOT OBTAINED, NOR SHALL BE CONSIDERED NULL AND VOID AND THE VESSEL
SHALL ISSUE A NEW NOR WHEN THE VESSEL IS READY TO LOAD THE COAL.

E)NOTICE OF READINESS AT DISCHARGE PORT SHALL BE TENDERED AT ANY TIME
DURING DURING NORMAL WORKING HOURS(0900-1700 MONDAY TO FRIDAY) EXCEPT
HOLIDAY IN THAILAND. LAYTIME SHALL COMMENCE 12 (TWELVE) HOURS AFTER
VALID TENDERED NOTICE OF READINESS HAS BEEN ACCEPTED AT DISCHARGE PORT
(WHETHER IN FREE PRATIQUE OR NOT)UNLESS DISCHARGING IS SOONER
COMMENCED IN WHICH CASE FULL TIME STARTS TO COUNT WHEN DISCHARGING
BEGINS.

E)SHIPOWNER SHALL ARRANGE FOR THE MASTER OR VESSEL'S AGENT TO
ADVISE LOADING TERMINAL/CHARTERER FOR EXPECTED TIME OF ARRIVAL (ETA)
OF THE VESSEL AT LOADING PORT BY FAX OR EMAIL AT THE FOLLOWING
INTERVALS PRIOR TO ITS EXPECTED TIME OF ARRIVAL UPON SAILING FROM
PREVIOUS PORT AND 7/ 5/ 3 DAYS AND 48 HOURS AND 24 HOURS, 12 HOURS, 6
HOURS, 3 HOURS PRIOR ETA.  UPON SAILING FROM LOADPORT, SHIPOWNER TO
ADVISE ETA AT DISPORT AND THEN FOLLOWED BY 7/ 5/3 DAYS AND 48 HOURS
AND 24 HOURS, 12 HOURS, 6 HOURS, 3 HOURS PRIOR ETA AT DISCHARGE
PORT.

F)CHARTERER SHALL REVERT ON STOWAGE FACTOR. EST SF 37-41

G)STEVEDORE STANDBY CHARGE ARISING OUT OF CARGO WORK STOPPAGES
OCCASIONED BY FAILURE OF VESSEL'S GEAR SHALL BE REIMBURSED BY
SHIPOWNER TO CHARTERER AT THE RATE OF USD 200.- (TWO HUNDRED) PER
CRANE PER WEATHER WORKING DAY OF 24 (TWENTY-FOUR) CONSECUTIVE HOURS,
PROVIDING THAT THERE IS A WHOLE GANG OF STEVEDORES WORKING WITH THAT
CRANE THEN, THE STEVEDORES STANDBY CHARGES WILL BE CHARGEABLE AFTER
THE FAILURE OF VESSEL'S GEAR LAST FOR 4 (FOUR) WORKING HOURS

LB DEP 127

CONSECUTIVELY. SUCH REIMBURSEMENT SHALL BE MADE TOGETHER WITH DEMURRAGE/DISPATCH SETTLEMENT. SHIPOWNER SHALL BE RESPONSIBLE FOR ANY CLAIM,LOSSES OR DAMAGES.

H)IN THE EVENT THAT CHARTERER FAILS TO MAINTAIN THE LOAD RATE AND DISCHARGE RATE HEREINABOVE  PROVIDED, CHARTERER SHALL PAY DEMURRAGE AT THE RATE STIPULATED CHARTER PARTY. IF DISCHARGE IS COMPLETED AT A FASTER RATE THAN HEREINABOVE PROVIDED, SHIPOWNER SHALL PAY TO CHARTERER DESPATCH FOR LAYTIME SAVED AT HALF OF SUCH DEMURRAGE RATE WITHIN 30 DAYS AFTER SHIPOWNER AND CHARTERER AGREED ON THE FINAL CALCULATION OF LAYTIME.   FOR PURPOSE OF COMPUTING DEMURRAGE  AND DESPATCH, TIME ALLOWED FOR LOADING AND DISCHARGING IS TO BE CALCULATED ON THE BASIS OF QUANTITY AS STATED IN THE BILL OF LADING.

I) IF VESSEL IS NOT FOUND READY IN ALL RESPECTS TO LOAD OR DISCHARGE (WHETHER IN FREE PRATIQUE OR NOT), THE ACTUAL TIME LOST UNTIL VESSEL IS IN ALL RESPECTS READY TO DISCHARGE SHALL NOT BE COUNTED AS LAYTIME. IF FOR VARIOUS REASONS THE VESSEL CAN BE PARTLY DISCHARGED, THEN PRO-RATA LAYTIME SHALL APPLY.
AFTER THE COMPLETION OF DISCHARGE OF THE CARGO, THE VESSEL SHALL NOT LEAVE UNTIL THE FINAL DRAFT HAS BEEN COMPLETELY DONE BY THE CHARTERER ..SUCH PERIOD FROM THE COMPLETION OF DISCHARGE UNTIL THE COMPLETION OF FINAL DRAFT SHALL NOT BE COUNTED AS LAYTIME.

J)ALL CLAIMS FOR DAMAGES ALLEGEDLY CAUSED BY STEVEDORES DURING LOAD/DISCHARGE ARE TO BE SETTLED DIRECTLY  BETWEEN SHIP-OWNERS AND STEVEDORES HOWEVER CHARTERERS TO REMAIN ULTIMATELY RESPONSIBLE FOR SAME. THE MASTER OF SHIP IS TO NOTIFY THE STEVEDORES IN WRITING OF ANY DAMAGE WITHIN 48 (FORTY-EIGHT) HOURS AFTER ITS OCCURRENCE AND, IN ANY CASE, PRIOR TO THE VESSEL'S SAILING OFF LOAD OR DISCHARGE PORT. TIME LOST OR USED TO REPAIR SUCH DAMAGE, CAUSED BY THE STEVEDORES, IS NOT TO COUNT AS LAYTIME.

K)OFFICERS AND CREWS' OVERTIME CHARGES SHALL ALWAYS BE FOR VESSEL'S ACCOUNT.


5. IN CASE ORIGINAL (CLEAN ON BOARD) B/LS ARE NOT AVAILABLE AT DISCHARGEPORT, MASTER TO RELEASE CARGO AGAINST OWNERS PANDI L.O.I

SIGNED BY CHRTS ONLY.

6.DUE AND OTHER CHARGES
DUES AND OTHER CHARGES LEVIED UPON THE VESSEL, HOWSOEVER ASSESED, SHALL BE PAID BY SHIP'S OWNER.   DUES AND OTHER CHARGES UPON THE CARGO SHALL BE PAID BY CHARTERER.

7.      LOADPORT AND DISCHARGE PORT AGENTS
CHRTS WILL REVERT WITH FULLSTYLE OF AGENTS IN DUE COURSE

8. FREIGHT RATE USD 5.60 PMT FIOS 1/1.
95PCT FREIGHT ON B/L QTTY TO BE PAID WITHIN 3 BANKING DAYS AFTER COMPLETION OF LOADING AND SIGNING/RELEASING ORIGINAL B(S)/L MARKED.

9. FREIGHT DEEMED EARNED UPON COMMENCMENT OF LOADING DNRVAOCLONL

10. DEMURRAGE USD 5,500 PDPR HDWTSBENDS

11. CHTRS AGENTS BENDS BUT OWNERS TO PAY REASONABLE /CUSTOMARY AGENCY FEES

12. ENGLISH LAW AND LONDON ARBITRATION TO APPLY.

13. OWISE AS PER CHTRS EXECUTED CP DATED ON 15 FEB, 2008 WITH LOGICAL
ALTERATIONS TO INCORPARTE MAINTERMS AND THE FLWG AGREED AMENDMENTS:

MAIN BODY:—
CL 26: INSERT "CHARTERERS REMAIN LIABLE THAT "AFTER "SHIPPED, AND"

RIDER CLAUSES:—
CL 30:—
INSERT AT THE END: "OWNERS HAVE THE OPTION OF SUBSTITUTING THE
NOMINATED VESSEL LATEST 5 DAYS PRIOR ETA LOADING PORT ON THE BASIS OF
CHARTERERERS BEST ENDEAVOURS TO GET SHIPPER/SUPPLIERS TO AGREE TO
SAME."

CL 41:—
LINE 1:INSERT " (WITH RUBBER TYRED WHEELS AND NOT EXCEEDING VSSL
TANKTOP STRENGTH )" AFTER " PAYLOADERS"

CL 54:—
PARA 2: INSERT AT THE END "IN ANY CASE FREIGHT HAS TO BE IN OWNERS
NOMINATED BANK ACCOUNT BEFORE BREAKING BULK"

14. 5 TTL COMM INCL 3.75 ADDCOM + 1.25 PERCENT SSY SINGAPORE ON
FREIGHT, DEADFREIGHT AND DEMMURAGE
END RECAP


++

PER YR INSTRUCTION WE HVE PASSED ON FLWG VSL NOMINATION AS RECVD FROM
YOU AND WILL REVERT WITH SHIPPERS/RECEIVERS APPROVAL WITHIN MONDAY 17
NOVEMBER


++
VESSEL NOMINATION:

ALSO AS PER CP OWNRS  WISH TO NOMINATE M.V.MEDI DUBLIN OR SUB  FOR THE
LIFTING WITH A NARROWED LAYCAN 30 NOV-4 DEC 2008

M.V. MEDI DUBLIN
PAN FLAG BLT MES 11/2005
56,040 MTDW ON 12.575 SWS (TPC 55.57)
189.99 LOA / 32.26 BEAM
31,247/18,504 GRT/NT
CLASS NK
5HO/5HA _ END FOLDING TYPE H/COVERS
70,808 CBM GR IN M/H
4 CR 30 T SWL
4 EL/HYDR GRABS 12 CBM CAPACITY
ALL DETAILS ABOUT

VESSELS ITINERY:
ETCD MAPTHAPHUT 25/26 NOV AGW WP WOG UCAE
ETA BANJARMASIN 30NOV/1 DEC AGW WP WOG UCAE


REGARDS
RENATE DRYSDALE

LB DEP 129

SSY SINGAPORE
DIRECT: +65 6854 5144
MOBILE: +65 9841 6604
charteringasia@ssyhandy.com

[A MIME PART ( - ATTACHMENT; FILENAME="PROFORMA CP - PREMIER.PDF") WAS
DETECTED HERE]

Details of all Simpson, Spence & Young Group companies can be found at
http://www.ssyonline.com/_Terms.html

- Proforma_CP - Premier.PDF

LB DEP 130

Revised clean recap.,

changes are the notices .

Best Regards,

*****************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543
d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
*****************************************************************

|  |  |  |
|---|---|---|
| R.S. Platou (Asia) Pte Ltd<br><dry@platou.com.sg><br>01/08/2009 05:59 PM | To | "HC" <dry@damicoint.com> |
|  | cc |  |
| Please respond to<br>R.S. Platou (Asia) Pte<br>Ltd<dry@platou.com.sg> | Subject | Re: MEDI DUBLIN / CARGILL - CP DD 08 JANUARY 2009 -<br>REVISED CLEAN RECAP |

Ref: 080109-UD025061 - R.S. Platou Singapore, Dry Cargo Chartering
Department.

PRATIK / ULAS

GOOD DAY

RE: MEDI DUBLIN / CARGILL - CLEAN RECAP - CP DD 08 JANUARY 2009 (REVISED)
═══════════════════════════════════════════════════════════════

PLSED TO DRAW THE CLEAN RECAP WITH CP DD 08 JANUARY 2009

M.V. MEDI DUBLIN
PAN FLAG BLT MES 11/2005
56,040 MTDW ON 12.575 SWS (TPC 55.57)
189.99 LOA / 32.26 BEAM
31,247/18,504 GRT/NT
CLASS NK

LB DEP 131

```
5HO/5HA - END FOLDING TYPE H/COVERS
70,808 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 6/12 CBM CAPACITY
SPED CONS IN SMOOTH WEATHER/CALM SEA UPTO MAX BF4/DSS3
NO ADV CURRENT EXCL SAILING RESTRICTED AREAS A/O MANOUVERING IN/OUT
PORTS/CANAL/ETC
ABT 14 KN (B) / 13.5 KN (L) ON ABT 33 MT IFO + ABT 0.2 MT MDO
PORT CONS
IDLE ABT 2.8 MT IFO + ABT 0.3 MT MDO
WORK CR ABT 5 MT IFO + ABT 0.5 MT MDO
CONST ABT 350 MT EXCL FW N UNPUMPABLE BALLAST
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW,
SHALLOW, BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT,
ENGINE/GENERATOR STARTING/STOPPING
ALL DETAILS ABOUT


VESSEL IMO NUMBER: 9290907


INMARSAT 'C'
   EMAIL: MASTER.MEDIDUBLIN@AMOSCONNECT.COM
   MMSI: 371619000
   SAT-A
   TEL: INMARSAT 'F' 764569562
   FAX: INMARSAT 'F' 764569563
   TLX: -


OWNS: DAMICO DRY LIMITED, DUBLIN


OWNS BANK DETAILS
=====================
REMIT TO :            JP MORGAN CHASE BANK, NEW YORK
SWIFT CODE :          CHASUS33
TO THE CREDIT OF : J.P. MORGAN BANK (IRELAND) PLC, DUBLIN
SWIFT CODE :          CHASIE2X
IN FAVOUR OF :        D'AMICO DRY LIMITED
ACCOUNT N° :          79700802
IBAN CODE             IE23 CHAS 9309 0379 7008 02


- ACCOUNT CARGILL INTERNATIONAL S.A. GENEVA
- DEL APS MUARA PANTAI ATDNSHINC
- LAYCAN 15-21 JAN 2009 (00:01-23:59 HRS)
- FOR 1 TCT VIA SPS SBS SAS AA AWIWL VIA INDONESIA TO THAILAND WITH
HARMLESS/LAWFUL
   COAL IN BULK
- REDEL DLOSP 1 SP THAILAND (INT KOSICHANG) ATDNSHINC
- DURATION ABT 14 DAYS WOG
- HIRE USD 6500 DIOT. CHRTRS WILL PAY THE FULL HIRE FOR THE VOYAGE BUT
WITHOUT
   BUNKER VALUE
- ILOHC USD4500
- BOD ABT 1000-1100 MT IFO AND ABT 25-35 MT MDO
- BOR QTTIES TO ABT SAME AS BOD QTTIES
   (PRICES USD 270/ MT IFO AND USD 500/ MT MDO BENDS. )
```

~ OWNERS/MASTER ARE RESONSIBLE FOR FUNDING PORT AGENTS DIRECTLY FOR OWNERS ACCOUNT IN
   ADVANCE   AND DIRECT SETTLEMENT WITH AGENTS.
   NO OWNERS ACCOUNT SHALL BE ADVANCED/DEDUCTED FROM HIRE  BY CHARTRS. OWNERS TO
   ADVISE TO CHARTRS CONTACT NUMBER/ADDRESS OF OWNERS AND HEAD OWNERS IN RESPECT OF
   SETTLEMENT OF OWNERS DISBURSEMENTS AT ALL PORTS CALLED. OWNERS TO APPOINT OWNERS
   AGENTS TO ATTEND OWNERS MAJOR OWNERS MATTER SUCH AS CREW CHANGE, CREW
   HOSPITALIZATION ETC. CHARTRS AGENTS WILL ATTEND OWNERS MINOR MATTERS WITH OWNERS
   PAYING THE ACTUAL COSTS FOR SUCH MATTERS PROVIDED SAID AGENTS ARE WILLING AND ABLE
   TO DO SO. IF OWNERS EXPENSES INCURRED TO CHARTRS, OWNERS TO REIMBURSE WITHIN10 DAYS
   OF RECEIPF OF VOUCHERS
~ "AWT" CANNOT BE EMPLOYED AS WEATHER ROUTING AGENCY.
~ 3.75 PCT ADD COMM + 1.25 PCT TO RS PLATOU (ASIA) PTE. LTD.
~ OWISE AS PER MEDI DUBLIN / CARGILL CP DD 14 JULY 2008 WITH LOGICAL ALTERATIONS AND
   AMENDMENTS ONLY
++END RECAP

FOR INFORMATION PURPOSE THE DELY AND REDELY NOTICES DER THIS CP WILL BE:
DELVY: 3-2-1 DAYS  NOTICES
REDLY: 10 DAYS PROBABLE AND 7/5/3/2/1 DAYS DEFINITE  NOTICES

TRUST ABOVE IN GOOD ORDER

MANY THANKS FOR YOUR KIND SUPPORT

BEST REGARDS,  ULAS DURALI

R.S. PLATOU (ASIA) PTE. LTD.
TEL    : + 65 6336 8733
FAX    : + 65 6336 8741
MOB    : + 65 9837 5262
EMAIL  : DRY@PLATOU.COM.SG
WEB    : WWW.PLATOU.COM

LB DEP 133

ciao All,

Medi dublin will be performing LIBRA SPOT cargo as per the below recap.

The loadport declared is samarinda.

the brokers are fearnleys india and this fixture has to be kept totally pnc.

Best Regards,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Boitazzi P +1 604 484 8022 / M +1 778 888 8528
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Kevin Lisboa <chartering@Fearnleys.co.th> | To | "D'Amico Singapore" <dry@damicoint.com> |
| | cc | |
| 01/23/2009 05:55 PM | Subject | MV MEDI DUBLIN OR SUB/ LIBRA - CLEAN RECAP |
| Please respond to Kevin Lisboa <chartering@Fearnleys.co.th> | | |

PRATIK/ KEVIN

MV MEDI DUBLIN OR SUB/ LIBRA - AMENDED CLEAN RECAP

CONFIRM HAVING CLEAN FIXED WITH C/P DTD 23 JAN 2009 ASF:

FIXTURE TO BE KEPT STRICTLY P+C BY ALL PARTIES CONCERNED

M.V. MEDI DUBLIN OR SUB

LB DEP 134

PAN FLAG BLT MES 11/2005
56,040 MTDW ON 12.575 SWS (TPC 55.57)
189.99 LOA / 32.26 BEAM
31,247/18,504 GRT/NT
CLASS NK
5HO/5HA 0 END FOLDING TYPE H/COVERS
70,808 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 6/12 CBM CAPACITY
ALL DETAILS ABOUT WOG


- OWNERS TO CONFIRM THE PERFORMING VESSEL LATEST 5 DAYS PRIOR ETA LOADPORT
- Chrtrs to confirm the substitution latest within 1 working day after
nomination.


FOR

-ACCT. LIBRA SHIPPING SERVICES LLC, DUBAI

-50,000MT 10PCT MOLOO COAL IN BULK

-LOAD PORT: 1/2SF 1/2 SA(S) SOUTH – EAST KALIMANTHAN INDONESIA AAAA (BUNYU/
TABONEO RANGE)

- DISCHARGE PORT: 1SP 1/2SBA TUTICORIN AAAAA
                 OR CHOPT 1SP KAKINADA 1/2SBA AAAA
                 OR CHOPT 1SP PARADIP 1/2SB(S) AAAA
                 OR CHOPT 1SP VIZAG 1/2SB(S) AAAA
                 OR CHOPT 1SP(S) MUNDRA 1/2SB AAAA
                 OR CHOPT 2SP PARADIP OR VIZAG + HALDIA AAAA
-DRAFT AT KAKINADA IS 11.50 MTRS.

-Chrtrs to declare and confirm discharge port latest on passing Singapore.

-AT ALL OTHER PORTS CHARTERERS TO GUARANTEE 12.5 MTRS SWAD OR LIGHTERAGE IF
ANY AT DISPORT TO BE FOR CHRTRS TIME AND ACCT.

- LAYCAN : 01/10 FEB 2009

- LOADRATE :
  8,000MT PWWD SHINC
  BUT ALWAYS EXCLUDING 6 STATUTORY HOLIDAYS UU
  NOR AT LOADPORT TO BE TENDERED ON ARRIVAL 'WWWW' DURING OFFICE HOURS (0900-
1700 HRS MON TO FRI AND 0900-1300 SAT).
  12HRS TT USC IF USED ATUTC – AT EACH PORT

- DISCHARGE RATE:
  20,000MT PWWD SHINC AT MUNDRA
  6,000MT PWWD SHINC AT HALDIA
  10,000MT PWWD SHINC AT ALL OTHER PORTS DECLARED ABOVE
  BUT ALWAYS EXCLUDING 6 STATUTORY HOLIDAYS UU
  NOR AT DISCHARGE PORT TO BE TENDERED ON ARRIVAL 'WWWW' DURING OFFICE HRS –
AT ALL PORTS (0900-1700 HRS MON TO FRI AND 0900-1300 SAT).
  12HRS TT USC IF USED ATUTC – AT ALL PORTS

-FREIGHT RATE: BASIS LOADING SOUTH - EAST KALIMANTHAN (BUNYU/ TABONEO RANGE)
USD 5.75 PMT BSS 1/1 VIZAG/PARADIP DISCHG
USD 6.25 PMT BSS 1/1 TUTICORIN DISCHG
USD 6.75 PMT BSS 1/1 KAKINADA DISCHG @11.5M DRAFT
USD 6.35 PMT BSS 1/1 MUNDRA WITH 20K SHINC DISCHG
 0.25PMT EXTRA FOR 2ND LOADPORT (BOTH ANCHORAGE LOADING WITHIN THE LOADPORT
OPTIONS)
USD 7.00 PMT BSS 1/2 WITH HALDIA AS 2ND DISPORT
(THE HALDIA AS SECOND DISPORT HAS TO BE BSS PARADIP OR VIZAG AS FIRST DISPORT
ONLY)

- DEM USD 4500 PDPR/DHDWTSBE
LAYTIME NON REVERSIBLE BETWEEN LOAD AND DISCHPORTS BUT REVERSIBLE BETWEEN 2
LOAD AND 2 DISCHG PORTS

-FRT PAYMENT: FRT 95 PCT LESS ADDCOMM PAYABLE WITHIN 3 BANKING DAYS AFTER
COMPLETION OF LOADING AND S/R BL/S MARKED 'FRT PAYABLE AS PER C/P'AND 'CLEAN
ON BOARD'. BALANCE 5 PCT TO BE SETTLED,ALONG WITH DEM/ DESP IF ANY, WITHIN 30
DAYS OF COMPL OF DISCH AND OWRS SUBMITTING RELEVANT TS/NOR/SOF ETC.

- CHARTERERS AGENTS BENDS SUBJECT TO CUSTOMARY D/A

- IN THE EVENT ORIGINAL BS/L ARE NOT AVAILABLE AT DISPORT, OWRS TO DISCHARGE
AND RELEASE ENTIRE CRGO ON RCPT OF FAXED LOI WORDED AS PER OWNERS PANDI CLUB
WORDING AND SIGNED BY CHRRS ONLY WITHOUT ANY COUNTER GTEE OR SIGNATURES.

- TAXES/DUES ON FRT AND VSL TO BE FOR OWRS ACCT BENDS, TAXES/DUES ON CGO TO
BE FOR CHTRS ACCT BENDS.

- GA/ARBT IN LONDON AND ENGLISH LAW TO APPLY

- TTL 2.50PCT ADC + 1.25PCT FEARNLEYS TO CHRTRS ON F/D/D

- O'WISE AS PER LAST DONE C/P DATED 13 MAY 2008 BETWEEN OWNERS AND CHRTRS
WHICH TO BE LOGICALLY AMENDED AS PER ABOVE AGREED TERMS.

E N D


MANY THANKS FOR YOUR SUPPORT ENABLING US CONCLUDE THIS FIXTURE


Brgds,

Kevin Lisboa
Fearnleys India

Dir: 91 22 .4037 8183
Mob: 91 98200 26651

RE MEDI DUBLIN / JALDHI

PLSED TO RECAP A CLEAN FIXTURE WITH CHARTER PARTY DATED 02ND MARCH 2009 AS
BELOW:

M.V. MEDI DUBLIN
PAN FLAG BLT MES 11/2005
56,040 MTDW ON 12.575 SWS (TPC 55.57)
189.99 LOA / 32.26 BEAM
31,247/18,504 GRT/NT
CLASS NK
5HO/5HA - END FOLDING TYPE H/COVERS
70,808 CBM GA IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 6/12 CBM CAPACITY
SPEED CONS IN SMOOTH WEATHER/CALM SEA UPTO MAX BF4/DSS3
NO ADV CURRENT EXCL SAILING RESTRICTED AREAS A/O MANOUVERING IN/OUT
PORTS/CANAL/ETC
ABT 14 KN (B) / 13.5 KN (L) ON ABT 33 MT IFO + ABT 0.2 MT MDO
PORT CONS
IDLE ABT 2.8 MT IFO + ABT 0.3 MT MDO
WORK CR ABT 5 MT IFO + ABT 0.5 MT MDO
CONST ABT 350 MT EXCL FW N UNPUMPABLE BALLAST
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW,
SHALLOW, BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT,
ENGINE/GENERATOR STARTING/STOPPING
ALL DETAILS ABOUT

- OWNERS WARRANT VSLS GRABS ARE SUITABLE FOR LOADING OF IRON ORE

-FOR

01) A/C JALDHI OVERSEAS PTE LTD

02) DELIVERY DLOSP OR WWR HALDIA, IN CHRS OPTION ATDNSHINC
    CHRTRS TO DECLARE THEIR OPTION LATEST 48 HRS PRIOR TO VESSELS COMPLETION
OF DISCHARGE AT HALDIA

03) LAY/CAN 05-12 MARCH 2009
    CHRS WL GV OWRS 10/7/5 APPR REDEL NOTICE AND 3/2/1 DAYS DEFINATE REDEL
NOTICE.
    DLY/REDEL BASED ON GMT

04) FOR 1TCT VIA SPS, SBS SAS, AA AWIWL TO LOAD EC INDIA TO DISCH 1SP CHINA
WITH IRON ORE IN BULK/FINE/LUMP IN BULK IN CHOPT,
    DUR IS ABT 25/30 DAYS WOG.

05) REDEL DLOSP 1 SP CHINA ATDNSHINC
    CHRS TO ADV REDBLY RGE (NORTH, CENTRAL OR SOUTH CHINA) UPON VSL PSG
SPORE, AND DISCHRG PORT 2 DAYS AFTER PSG SPORE.

06) HIRE USD 13,000 PDPR INCLOT.
    FIRST 15  DAYS HIRE PLUS VALUE OF BUNKERS CONSUMABLE UPTO SINGAPORE TO BE
PAID TO OWNER'S NOMINATED BANK W/I 3 BANKING DAYS AFTER VSL'S DLY TO CHRTRS

LB DEP 137

AGAINST OWNERS FAX / E-MAIL INVOICE. SUBSEQUENT HIRE(S) TO BE PAID EVERY 5
DAYS IN ADVANCE, ALWAYS SUBJECT TO UPTO ESTIMATED TIME OF VSL'S REDELIVERY.

CHTRS HAVE THE RIGHT TO DEDUCT VALUE OF EST BUNKER ENABLE VSL TO REACH SPORE
PAID ALONGWITH FIRST HIRE FROM LAST SUFFICIENT HIRE PAYMENT(S).

CHRS ALWAYS SUPPLY BUNKER AS PER SPECIFICATION OF BTB CP. CHRTRS CAN DEDUCT
OWNERS ESTIMATED EXPENSES FROM LAST SUFFICIENT HIRE BUT MAX LUMPSUM USD750

07) ILOHC : USD 5000 L/SUM - charts to arange for DUNNAGE AND/OR DEBRIS
AND/OR LASHING REMOVAL

08) ILO VICTUALLING/COMMUNICATIONS/ENTERTAINMENT: USD 1250 PMPR

09) BUNKER CLS :
    BUNKERS ROB ON DELY ABT 900MT IFO AND ABT 30MT MDO.
    BOR ABT SAME QTTY AS BOD.
    . PRICES USD255/IFO AND USD410/MDO PER MT BENDS.

10) If DLOSP haldia option is declared then vsls holds on arrival first
loading port to be clean/swept and washed down with freshwater and dried and
ready to receive chtrs intended cargo, being free of loose rust scale and
previous cargo residues to the satisfaction of an independant surveyors, shd
vsl not tb ready or approved by relevant surveyors as being fit and suitably
clean for chtrs intended cargo the vsl to be offhire from time of rejection
until the vsl is accepted and any direct expenses incurred to be paid by
owners.

IF CHTRS EXERCISE 'WWR' OPTION, OWNERS ARE NOT TO BE RESPONSIBLE FOR HOLDS
CLEANLINESS BUT CREW SHALL EXERT BEST ENDEAVOURS TO SWEEP THE HOLDS PROVIDED
LOCAL RULES AND REGULATIONS ALLOW SAME.

11) 3.75 PCT ADDCOMM + 1.25 PCT BRS SPORE

12) CHARTERS AND/OR THEIR AGENT HAVE OPTN TO SIGN BS/L ON BEHALF OF MASTER
STRICTLY IN CONFIRMITY WITH MATE'S RECEIPT W/OUT PREJUDICE TO THIS C/P.

13) OWNS WARRANT GTEE TT VSLS HATCH COVERS ARE TB WATERTIGHT THROUGHOUT THE
DURATION OF THIS CHARTER PERIOD

14) OWNS WARRANT THAT THE VESSEL SHALL BE FULLY COVERED BY P+I CLUB AND HULL
& MACHINERY INSURANCE DURING THIS CHARTERED PERIOD

15) ARBTN London WITH ENGLISH LAW TO APPLY.

O'WISE AS PER OWNRS BTB CP AS ATTACHED, LOGICALLY AMENDED IN LINE WITH MAIN
TERMS AGREED AS ABV, AND WITH THE FLWG ALTERATIONS ONLY:

PRINTED FORM
-

L.22 : PLS ADD AT THE END 'OCEANROUTES TO BE APPOINTED AND REPORT OF
OCEANROUTES TO BE BINDING ON BOTH PARTIES'

MAIN FORM

01      cargo exclusions

vessel shall be employed in carrying lawful merchandise excl any goods of
dangerous, injurious and inflammable or corrosive nature (as listed on Imdg
Code - class I to ix). w/o prejudice to the foregoing the foll crgoes are
specifically EXCLUDED:
ANY CRGO EXCEEDING TANTK TOP STRENGHT AND/OR REQUIRING CO2 FITTINGS AND/OR
ELECTRICAL/MECHANICAL VENTILATION IN CRGO HOLDS, absestos, ALUMINA, ammonia,
ammonium nitrate, AMMONIUM SULPHATE, arms, ammunitions, asphalt, blasting
caps, bitumen, bombs, bones, bones bones meal, borax, brown coal, calcIned pyrytes,
calcium carbide, calcium hypocloride, carbon black, caustic soda, cement,
charcoal, chilean nitrate, CONTAINERS ON DECK, copra, cotton, creosote (coal
tar or wood tar), detonator caps, direct reduced iron "DRI" (such as lumps,
pellets and cold-moulded briquettes), direct reduced iron (briquettes, hot-
moulded) ,expellers (any type of expellers, including but not limited to
sunflower seeds expellers), explosives (any type), ferrophosphorus,
ferrosilicon (including briquettes), fishmeal, fishscrap, fluorspar, hbi,
hides, iron oxide (SPENT), IRON SPONGE (SPENT), LEAD NITRATE, leather, LIME
(unslaked), livestock of any description, logs, lumber, MACOYA PELLETS,
magnesia (UNSLAKED), METAL SULPHIDE CONCENTraTES, Motor blocks and turnings,
motor spirit,  naphta, nitrate, nuclear fuel and material, PEAT MOSS,
petroleum or any of its products (BUT PET COKE ALLOWED - MAX ONE CARGO), PIG
IRON, pitch PRILL, PRILLED COAL TAR PENCIL PITCH, pond coaL, PYRITE IN BULK,
QUEBRACHO, QUICK LIME, radioactive materials and wastage, resin, rice, salt,
SALT CAKR, SAWDUST, scrap, SEED CAKES,  silica sand, SILICOMANGANESE, soda
ash, SPENT OXIDE, SPONGE IRON, sulphur, TANKAGE, Tar or any of its products,
TIMBER, tobacco, VANADIUM ORE, WOODCHIPS, WOOD PULP PELLETS, ZINC ASHES.
        mineral CONCENTRaTES ARE PERMITTED provided loaded, stowed and
carried in accordance with imo REGULATIONS AND subject to T.M.L.
(TRANSPORTABLE MOISTURE LIMIT) CERTIFICATE being presented to master for his
approval.
        if imo classified cargoes are carried charterers/shippers shall
provide the master with any evidence he may reasonably required to show that
the crgo is packaged,laballed,loaded and stowed in accordance with imo
regulatuions, failing which the master is entitled to refuse to load it.


02       trading limits
trading WR ALW ALW VIA SP/SB/SA, ALW AFLOAT EXCEPT NAABSA AT SUCH PLACES IN
BRAZIL/ARGENTINA/URUGUAY (loading GRAIN  ONLY) WHERE IT IS CUSTOMARY FOR
VESSELS OF SIMILAR SIZE TO SAFELY LIE AGROUND, ALW W/I IWL EXCEPT aLBANIA,
AMAZON RIVER NORTH OF TROMBETAS, ANGOLA, BANGLADESH, CANBODIa, CONGO, c.i.s.
pacific, CUBA, ERITREA, ETHIOPIA, haiti, iraq, israel, LEBANON, liberia,
LIBYA, MONTENEGRO, mozambico, NORTH KOREA, ORINOCO RIVER, SERBIA, SIERRA
LEONE, SOMALIA, SRI LANKA, SUDAN, SYRIA, TANZANIA, TURKISH OCCUPIED CYPRUS,
YEMEN, WAR AND WAR LIKE ZONES.
VESSEL SHALL NOT TRADE DIRECTLY BETWEEN TAIWAN AND MAINLAND CHINA AS LONG AS
SUCH TRADING/SAILING IS NOT ALLOWED BY TAIWANESE/CHINESE AUTHORITY.
        bimco standard war risk clause for time charteres, 1993, code name
"conwartime 1993", to apply


03       freight Payment Clause
Payment of hire shall be made so as to be received by Owners or their
deignated payee in (Owner's Bank to be inserted), in United States curency,
in fund available to the Owners on the due date, 15 days in advance, and for
the last month or part of same the approximate amount of hire, and shld same
not cover the actual time, hire shall be paid for the balance day by day as
it becomes due, if so required by the Owners. Failing the punctual and
regular payment of the hire, or on any fundamental breach whatsoever of this

Charter Party, the Owners shall be at the liberty to withdraw the vessel from
the service of the Charterers w/o prejudice to any claims they (the Owners)
may otherwise have on the Chartereres..
At any time after the expiry of the grace period provided in the paragraph
hereunder and while the hire is oustanding, the owners shall, w/o prejudice
to the liberty to withdraw, be entitled to withold the performance of any and
all of their obligations hereunder in this charterer and shall hv no
responsability whatsoever for any consequence thereof, in respect of which
the Charterers hereby indemnify the Owners, and hire shall continue to accrue
and any other extra expenses resulting from such witholding shall be for
Charterer's account.
Grace PERIOD: Where is failure to make punctual n regular payment of hire due
to oversight, negligence, errors or omissions on the part of the Charterers
or their Bankers, the Charterers shall be given by the Owners two (2) clear
banking days (as recognized at the agreed place of payment) written notice to
retcify the failure, and when so rectified within those (2) two days
following the Owner's notice, the payment shall stand as regular and
punctual.
Failure by Charterers to pay the hire within (2) two days of their receiving
the Owner's notice as provided herein, shall entitle the Owners to withdraw
as set forth at pargraph above.
END RECAP

Medi Dublin - Jaldhi - 02.03.03.pdf

LB DEP 140

*/ 0*

PLEASE FIND HERE BELOW AMENDED CLEAN RECAP

the only change is chtrs to read 'Oldendorff Carriers Gmbh & co. KG,
Luebeck, Germany' instead of 'Oldendorff Gmbh & co. KG, Luebeck, Germany'.

—— Forwarded by Paolo Montella/Montecarlo/Cogema/D'Amico Group on 29/09/2008 12:13 ——

&lt;dry@icap.com&gt;

29/09/2008 10:37

Please respond to
&lt;dry@icap.com&gt;

To "D'Amico Societa di Navigazione SPA"
&lt;dry@damicoint.com&gt;

cc

Subject MEDI FIRENZE/ OLDENDORFF - CLEAN FIXTURE
RECAP - with amende

TO.,: "D'Amico Societa di Navigazione SPA"
ATTN: Mr Paolo Montella
FROM:
DATE: 29-SEP-2008 09;37
MSG.: 12404246

*Attached File:*
"C:\DOCUME~1\P_SPIL~1\LOCALS~1\Temp\ForwardingFiles\MEDI FIRENZE PROFORMA CP AMENDED VERSION.PDF" 24-Sep-
2008 12:44:36 2,158,568 Bytes.

PAOLO / PETER

PLS FIND THE BELOW CLEAN FIXTURE RECAP WITH  AMENDED ACCNT NAME CP TO BE
DATED 25TH SEPTEMBER, 2008. MANY THANKS FOR EVERYONE'S HARDWORK.


- ALL NEGOTIATIONS AND ANY EVENTUAL FIXTURE TO BE KEPT P&C BY ALL PARTIES
INVOLVED


M/V MEDI FIRENZE  OPEN WAFR (INT. LOME) 1-5 OCTOBER

Geared/Grabbed Handymax BC

Built Tsuneishi Heavy Ind.(Cebu), Inc/Feb 2008/HKG flag

58,722 MT on 12.8 m SSW tpc : 57 .5

LOA :189.99m/Beam  32.26 m(moulded)

GT/NT :  32,379/ 19,353

4 x 30 mt SWL with grabs 4 x  6/12 cbm min/max

5 Ho/5 Ha

Speed/consumption in smooth weather upto max BF4/DSS3, no adverse

current, excluding sailing in restricted areas and/or in/out ports:

LB DEP 141

About 14.50 knots(B)/13.50 knots (L) on about 31.5 metric tons IFO for main
engine plus about 1.8 metric tons IFO for Diesel Generators for 24
hours+0.2 MDO Daily port consumption: about 2.8 metric tons IFO+abt 0.3 MT
MDO idle / about 4.8 metric tons IFO+0.5 mt MDO working cranes 18 hrs;

IFO specifications:

IFO ISO 8217: 2005(E) RMG 380

MDO ISO 8217:2005(E) DMB

Vessel may use minor quantities of diesel whilst navigating narrow,
shallow, busy/restricted water areas, canals, in and out of port,
engine/generator starting/stopping

All details abt


FOR ACCNT OLDENDORFF CARRIERS GMBH

- DEL DLOSP WAFR INT LOME ATDNSBINC


- LAY/CAN  02-08 OCT 2008 00H01/23H59 LT

  ETR 2-3 OCT


- FOR 1 TCT VIA OWENDO TO UKC WITH MANGANESE ORE IN BULK DUR ABT 20-25 DAYS
WOG

  VIA SBS SPS SAS AA AWIWL


- HIRE USD 27,000 DIOT


- REDEL DLOSP 1SP BREST/HAMBURG RGE ATDNSHINC


- BOD ABT 900 MT HSFO AND ABT 40 MT MDO

  BOR ABT SAME QTTIES AS ON DELIVERY

  PRICES BENDS USD 600 PMT / 950 PMT MDO


- ILOHC USD 5000 LFSUM ON REDEL


LB DEP 142

- CVE USD 1300 PMPR


- 3.75 ADC + 1.25 PCT ICAP


- OWISE AS PER OWNERS BTB CP LOGICALLY AMENDED/ADAPTED AS PR MTERMS AND
BELOW ALTERATIONS:-


line 86: pls delete "all" insert "50 (fifty) % of"

line 108: pls delete "Forty Five (45), Thirty (30), Twenty (20)" insert "Ten

(10)"

line 110: pls delete "10/" insert "7"

clause 36: bunker survey only to be held at redelivery port

clause 46 line 1: to read "...last sufficient hire payments..."

clause 49 2nd para line 3 + 5: pls delete "two" insert "three"

clause 73: pls delete 2nd paragraph in full

in addition - No drydocking to take place during the currency of this

charterparty- unless in case of emergency.

END


MANY THANKS AGAIN FOR EVERYONE'S SUPPORT



Bst Rgrds

Peter Spiller

ICAP SHIPPING LONDON

DD: +44 20 7459 2224

Mob: +44 7917 461 895

Email: dry@icap.com

B-berry: peter.spiller@icap.com

PLEASE DISREGARD THE PREVIOUS RECAP ALREADY SENT, AS FOLLOWS THE CORRECT ONE

—— Forwarded by Paolo Montella/Montecarlo/Cogema/D'Amico Group on 29/10/2008 11:59 AM ——

|  |  |
|---|---|
| <chartering@tfsfreight.com> | To  undisclosed-recipients:; |
| 29/10/2008 02:26 AM | cc |
| Please respond to <chartering@tfsfreight.com> | Subject  MEDI FIRENZE/STX PANOCEAN RECAP |

```
************************************************************
                    TFS Freight
     Stamford  Tel - (203)  351 1580 / Fax - (203) 351 1584
     Singapore Tel - (+65) 6223 0106 / Fax - (203) 351 1584
     Email - Chartering@tfsfreight.com / Web - www.tfsbrokers.com
************************************************************
```

Date: 10/28/2008      Time: 2:26:17 PM      Ref:  JT3166585

PAOLO/JOHN

CORRECTED

MEDI FIRENZE/STX PANOCEAN

PLEASED TO RECAP FOLL CLEAN FIXTURE AS PER YOUR VARIOUS AUTHORITIES


- DISP OWS : "D'AMICO DRY LIMITED, DUBLIN"

C/P CHAIN .
HEAD OWNERS OCEAN TRANSIT CARRIER, PANAMA
DISP OWNERS D'AMICO DRY LIMITED, DUBLIN

- VSL :
M/V MEDI FIRENZE
GEARED/GRABBED HANDYMAX BC
BUILT TSUNEISHI HEAVY IND.(CEBU), INC/FEB 2008/HKG FLAG
58,722 MT ON 12.8 M SSW TPC : 57 .5
LOA :189.99M/BEAM  32.26 M(MOULDED)
GT/NT :  32,379/ 19,353
4 X 30 MT SWL WITH GRABS 4 X  6/12 CBM MIN/MAX
5 HO/5 HA
SPEED/CONSUMPTION IN SMOOTH WEATHER UPTO MAX BF4/DSS3, NO ADVERSE
CURRENT, EXCLUDING SAILING IN RESTRICTED AREAS AND/OR IN/OUT PORTS:

ABOUT 14.50 KNOTS(B)/13.50 KNOTS (L)ON ABOUT 31.5 METRIC TONS IFO FOR
MAIN
ENGINE PLUS ABOUT 1.8 METRIC TONS IFO FOR DIESEL GENERATORS FOR 24
HOURS+0.2 MDO DAILY PORT CONSUMPTION: ABOUT 2.8 METRIC TONS IFO+ABT
0.3 MT
MDO IDLE / ABOUT 4.8 METRIC TONS IFO+0.5 MT MDO WORKING CRANES 18 HRS;

IFO SPECIFICATIONS:
IFO ISO 8217: 2005(E) RMG 380
MDO ISO 8217:2005(E) DMB
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW,
SHALLOW, BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT,
ENGINE/GENERATOR STARTING/STOPPING
ALL DETAILS ABT


ACCT STX PANOCEAN CO. LTD. SEOUL

- DELY : APS SW PASS ATDNSHINC

- LAYCAN : 10 NOV 0001LT - 18 NOV 2400LT 2008 IN LOCAL TIME

VESSEL PRESENTLY AT DUNKIRK ETC/D 30TH OCT
LAST 3 CGO: MANGANESE ORE/CLINKER/COAL

- TRADING : 1 TCT VIA SA(S) SB(S) SP(S) AA AWIWL INTENTION WITH HLESS
GRAIN PRODUCTS FROM MISSI RIVER TO CHINA

- REDELY : DLOSP 1SP IN CHOPT SINGAPORE-JAPAN RANGE (INT CHINA)

- HIRE : USD 12,500 DIOT

- BUNKER CLS :
  BUNKERS ON DELIVERY ABT 300 MTS IFO AND ABT 30 MT MDO
  BUNKERS ON REDELIVERY ABOUT SAME QTY AS ACTUALLY ONBOARD ON
DELIVERY.
  PRICES BENDS USD 350 PMT IFO AND USD 700 PMT MDO
  BUNKERS VALUE ON DELIVERY PAYABLE TOGETHER WITH 1ST HIRE INSTALMENT

- ILOHC : USD 5000 LSUMP

- C/V/E : USD 1250 PER MONTH OR PRO-RATA.

- PAYMENT : 1ST HIRE TG WITH BOD VALUE TO BE PAID W/I 3 BANKING DAYS
AFTER VSL'S DELIVERY N RCVD RELAVENT INVOICE IN SEOUL
GRACE PERIOD : 3 BANKING DAYS.

- VSL'S HOLD(S) ON DELIVERY TB CLEAN/SWEPT/WASHED
DOWN AND SO AS TO RECEIVE CHRTS INTN CGO IN ALL RESPECTS, FREE OF
SALT,LOOSE RUST SCALE AND PREVIOUS CGO TO THE SATISFACTION OF
CHRTRS SURVEYORS. SHOULD THE VSL NOT BE APPROVED BY CHRTRS
SURVEYOR'S SATISFACTION AS TO CLEANLINESS AS ABOVE,THEN THE VSL TO BE
PLACED OFF-HIRE FORM THE TIME OF SUCH REJECTION UNTIL THE VSL IS FULLY
ACCEPTED AND ANY DIRECTLY RELATED EXPENSES AND ACTUAL TIME LOST
INCURRED TO BE FOR OWNERS ACC

- OWNERS ALLOW CHTRS TO DISCH CGO WITHOUT PRESENTATION OF ORIG B(S)/L

BY PROVIDING OWNRS WITH CHTRS L.O.I IN ACCORDANCE WITH OWNRS PNI CLUB
FORM AND WORDING BEFORE DISCHARGING, L.O.I. TO BE SIGNED BY CHTRS ONLY

- ENGLISH LAW/LONDON ARBI TO APPLY

- ADD COMM 3.75 PCT PLUS 1.25 PCT TO TTS FREIGHT ON HIRE

Please find herewith tentative stowage plan:

1. Sailing Draft: F=11.70m , A=11.81 m
2. Arrival Panama Draft: F=12.04 m , A=12.04 m.
3. Deadweight=52625 mt
   H1=8450mt, H2=11700mt, H3=10630mt,H4=11690mt,H5=9030mt.
4. Cargo intake= 51500 mt
5. BROB=270 mt
6. Sagging= 145 mt
7. constants=330 mt.
8. FW=230 mt
9. Ballas water=150 mt


OWISE AS PER OWNERS BTB HEAD WITH LOGICAL ALTERATIONS AS PER MAINTERMS
AGREED AND FULL AMENDMENTS

MAINBODY
--
LINE 25 : delete "OR ITS GUARANTEED NOMINEE"
LINE 108 : delete "45, 30" , add "25" instead
LINE 122 : replace "tokyo" by "SEOUL"

CLS 20 (Drydocking) : delete all but add: "Drydocking to be allowed
for the duration of this charter only in case of emergency."


RIDER
--
CLS 34 : delete "AND COUNTER SIGNED BY RECEIVERS" (AS PER MAINTERM)

CLS 49, 2nd para, 3rd line : replace "two" by "THREE" (AS PER
MAINTERM)

CLS 50, from 2nd para to the end : delete all (intermeidate hold
cleaning is not applicable)

CLS 52, add at the end as flwgs.

"VESSEL IS ABLE TO CARRY A FULL CARGO OF HEAVY GRAIN AND/OR ITS
PRODUCTS IN BULK IN VESSEL'S HOLDS. DURING THE CURRENCY OF CHARTER
PARTY PERIOD THE VESSEL TO HAVE ON BOARD VALID GRAIN LOADING PLAN AND
STABILITY BOOKLET ISSUED BY VESSEL'S CLASS SOCIETY ON BASIS LATEST
SOLAS AND FURTHER AMENDMENTS."

CLS 56, 1st line : delete "APPROVED BY OWNERS"

add at the end as flwg

"EVIDENCE OF WEATHER CONDITIONS TO BE TAKEN FROM THE VESSEL'S DECK
LOGS AND INDEPENDENT WEATHER BUREAU REPORTS. IN CASE OF DISCREPANCY
BETWEEN  VESSEL'S DECK LOGS AND OCEAN ROUTE'S REPORTING, THEN THE
LATTER WILL BE CHOSEN AS RULING. IF CHARTERERS APPOINT ''AWT'' AS
WEATHER ROUTING SERVICE THEN DECK LOGS WILL BE CHOSEN AS RULING.


CLS 61 : AS PER MAINTERM

CLS 73,

7th line : delete "EXCEPT FOR AN ALLOWANCE OF TOTAL EIGHT HOURS EACH
LOADING OR DISCH PORT CALL/OPERATION"

LAST PARA : DELETE ALL BUT TO MAINTAIN LAST SENTENCE "ANYWAY, IN
CASE OF BREACK-DOWN... NO OFF-HIRE SHALL APPLY"

DELETE ALL LAST PAGE (NON-PAYMENT OF HIRE CLS FOR TIME CHARTER
PARTIES)
(END RECAP)


THNKS SUPPORT ENABLING ABOVE AGREEMENT ON YOUR BEHALF. TRUST ABV IN
ACCORDANCE WITH YOUR NOTES WHICH PLS CONFIRM.


RGDS
TFS AS BROKERS ONLY

LB DEP 147

/2

ciao,

Medi firenze has been fixed to British marine for 1 tct via aus to ECI as per the below recap.

The brokers are Icap hyde in singapore.

The vessel has already delivered to the chrtrs .

The proforma cp used is attached.

medifirenze amended for 'tct.pdf

Best Regards,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| <dry@Icap.com> | To | "d'Amico Shipping Singapore Pte. Ltd." |
| 01/12/2009 10:04 PM | | <drysingapore@damicoint.com> |
| Please respond to | cc | |
| <dry@Icap.com> | | |
| | Subject | MEDI FIRENZE - ACCT BRITISH MARINE |

TO..: "d'Amico Shipping Singapore Pte. Ltd."
FROM: <ICAP SHIPPING ,Dry Cargo Dept.  dry@icap.com>
DATE: 12-JAN-2009 14:04
MSG.: 13449199

LB DEP 148

PRATIK / STEVE

PLS SEND BANK DTLS IN MRNG PLS

RE   MV MEDI FIRENZE-BRITISH MARINE

AS PER TELECON WE ARE CLEAN FIXED AS BELOW CP DD 12TH JAN 2008

M/V MEDI FIRENZE
Geared/Grabbed Handymax BC
Built Tsuneishi Heavy Ind.(Cebu), Inc/Feb 2008/HKG flag
58,722 MT on 12.8 m SSW tpc : 57 .5
LOA :189.99m/Beam  32.26 m(moulded)
GT/NT :  32,379/ 19,353
4 x 30 mt SWL with grabs 4 x   6/12 cbm min/max
5 Ho/5 Ha
Speed/consumption in smooth weather upto max BF4/DSS3, no adverse
current, excluding sailing in restricted areas and/or in/out ports:
About 14.50 knots(B)/13.50 knots (L)on about 31.5 metric tons IFO for main
engine plus about 1.8 metric tons IFO for Diesel Generators for 24 hours+0.2
MDO Daily port consumption: about 2.8 metric tons IFO+abt 0.3 MT MDO idle /
about 4.8 metric tons IFO+0.5 mt MDO working cranes 18 hrs;
IFO specifications:
IFO ISO 8217: 2005(E) RMG 380
MDO ISO 8217:2005(E) DMB
Vessel may use minor quantities of diesel whilst navigating narrow, shallow,
busy/restricted water areas, canals, in and out of port, engine/generator
starting/stopping
All details abt

- CHRTS TO HAVE FREE USE OF VSLS GRABS

- OWNS CONFIRM VSL HOLDS  AND HATACHS ARE CLEAR AND UNOBSTRUCTED
  WITHOUT CENTER LINE BULK HEAD

- OWNS CONFIRM VSL CRANES AND GRABS ARE IN GOOD WORKING CONDITION AND
  WILL REMAIN SO THROUGHOUT THE DURATION UNDER THE CP.

- OWNS CNFM VSL GRABS ARE SUITABLE FOR LOADING / DISCHARGING CHRTS CARGO

- OWNS CNFMF VSL IS FULLY ISM COVERED FOR THE ENTIRE DURATION OF THIS C/P

- OWNS CNFM VSL IS FULLY P+I / HNM / ITF COVERED FOR THE ENTIRE DURATION OF
  THIS C/P

- VSL IS CLASSED HIGHEST LLOYDS OR EQUIVALENT FOR THE ENTIRE DURATION OF THIS
  C/P

FOR

1. ACCT BRITISH MARINE ASIA PTE LTD,

2. DELY DLOSP INCHON, S.KOREA ATDNSHINC

3. LAYCAN 9TH 00.01 - 11TH 1200 HOURS LT JAN 2009

4: PERIOD: 1 TCT VIA SP(S) SB(S) SA(S) AAAA AWIWL , INTEN COAL IN BLK VIA EX
AUST TO INDIA

5. HIRE: USD 4000  DIOT

6.HIRE PAYMENT: CHARTERERS TO PAY 1ST 15 DAYS HIRE + VALUE OF ESTIMATED
CONSUMABLE BUNKERS TILL SINGAPORE WITHIN 3 BANKING DAYS OF VSL DEL.

7. REDEL: REDEL DLOSP 1 SP INDIA PORT IN CHOPT ATDNSHINC

8. UPON DELIVERY OR LATEST UPON ARRIVAL 1ST LOADPORT, VSL'S HOLDS TO BE FRESH
WATER WASHED, CLEAN, SWEPT, DRY, FREE OF ANY PREVIOUS CARGO RESIDUE AND/OR
LOSE RUST SCALES OR ANY OTHER FOREIGN MATERIALS TO THE SATISFACTION OF AN
INDEPENDENT SURVEYOR, FAILING WHICH, VSL TO BE PLACED OFF-HIRE FROM TIME
OF
REJECTION UNTIL ALL HOLDS PASS RE-INSPECTION, WITH ANY AND ALL DIRECT
RELATED EXPENSES FOR PASSING HOLD RE-INSPECTION TO BE FOR OWNERS ACCOUNT.

9. BUNKERS:        BOD: MIN 1000 MTS IFO AND MDO ABT 35-40 MTS
                   BOR: TO BE ABT SAME QTTY AS BOD.
                   PRICES: USD 270 PMT IFO / USD 500 PMT MDO BENDS

10. ILOHC: USD 4500 .

11. C/V/E: USD 1100 PMPR.

12. CARGO EXCL CLS: OWNERS CONFIRM COAL ALWAYS ALLOWED

13. TRADING EXCL CLS: , OWNERS CONFIRM TRADING TO/VIA AUSTRALIA -
SPORE - INDIA ALWAYS ALLOWED.

14. BIMCO ISPS CLAUSE FOR T/C PARTIES TO BE INCORPORATED IN AND FORM PART OF
THE C/P.

15. ENGLISH LAW TO APPLY AND ARBITRATION TO BE HELD IN LONDON.

16. COMMS 3.75 PCT ADCOM PLUS 1.25 PCT ICAP SHIPPING .

17. FIXTURE TO BE KEPT PRIVATE AND CONFIDENTIAL BY ALL PARTIES CONCERNED.

18. OTHERWISE AS PER OWN BTB CP WITH LOGICAL AND MAINTERMS AMENDMENTS ALSO
WITH BELOW ALTERATIONS :-

Main Body

cls 4, line 108 - 110: redel notices to read as 15/10/7/5 days approximate
notices and 3/2/1 days definite notices.

cls 20: delete in full and insert "No Dry Docking allowed under this cp
except
in case of emergency only"

Riders

LB DEP 150

cls 52: insert" Owners confirm Coal from Australia always allowed under the
cp"

cls 53: reinstate deletion as per cp wordings

cls 63 to be as per main terms

cls 73: para 2 from "It is however agreed that,....................no off-
hire
shall apply." to be deleted in full.

Insert Additional cls under Hire Payment cls:
" Chrts option to pay first hire of 30days in advance without paying the
value
of bunkers on del, but Chrts to replenish bunkers
on redel as per del bunkers".
and

BRGDS

------------------------------------------------------------------------

FROM: ICAP SHIPPING .Dry Cargo Dept

ICAP SHIPPING NOW OFFER ANTI PIRACY, SHIP RELATED SECURITY SERVICES AND
TRAINING.
SEE OUR WEBSITE WWW.ICAPSHIPPING.COM FOR DETAILS.


This communication and all information contained in or attached to it
(including, but not limited to market prices/levels and market commentary)
(the "Information") is for informational purposes only, is confidential, may
be legally privileged and is the intellectual property of one of the
companies of ICAP plc group ("ICAP") or third parties. The Information is
subject to ICAP's terms of business as published or communicated to clients
from time to time and is directed to Eligible Counterparties and Professional
Customers only and is not intended for Retail Clients (as each term is
defined by the rules of the Financial Services Authority ("FSA").

The Information is not, and should not be construed as, an offer, bid,
recommendation or solicitation in relation to any financial instrument or
investment or to participate in any particular trading strategy. The
Information is not to be relied upon and is not warranted, including, but not
limited, as to completeness, timeliness or accuracy and is subject to change
without notice. All representations and warranties are expressly disclaimed.
Access to the Information by anyone other than the intended recipient is
unauthorised and any disclosure, copying or redistribution is prohibited.
ICAP Securities Limited and certain of its affiliates are authorised and
regulated by the FSA. For further regulatory information and our terms of
business, please see www.icap.com.  If you receive this message in error,
please immediately delete all copies of it and notify the sender.


We have taken precautions to minimise the risk of transmitting software
viruses, but we advise you to carry out your own virus checks on any

attachment to this message. We cannot accept liability for any loss or damage
caused by software viruses.

LB DEP 152

13

| | | |
|---|---|---|
| "Shagufta Braemar Delhi" <delhi@braemarseascope.co.in> | To | "DAMICO-S'PORE" <drysingapore@damicoint.com> |
| 02/19/2009 07:41 PM | cc | <chowdhury.p@damicoint.com> |
| Please respond to "Shagufta Braemar Delhi" <delhi@braemarseascope.co.in> | Subject | PRATIK /ANJALI - MEDI FIRENZE / ACCOUNT BAGADIYA BROS - CLEAN RECAP |

PRATIK /ANJALI,

PLEASED TO CONFIRM VESSEL IS NOW CLEAN FIXED AS FOLLOWS WITH CP DATED 19TH FEB 2009:

M/V MEDI FIRENZE
Geared/Grabbed Handymax BC
Built Tsuneishi Heavy Ind.(Cebu), Inc/Feb 2008/Hong Kong flag
58,722 MT on 12.8 m SSW tpc : 57 .5
LOA :189.99m/Beam  32.26 m(moulded)
GT/NT :  32,379/ 19,353
4 × 30 mt SWL with grabs 4 ×  6/12 cbm min/max
5 Ho/5 Ha
Speed/consumption in smooth weather-upto max BF4/DSS3, no adverse current, excluding sailing in restricted areas and/or in/out ports:
About 14,50 knots(B)/13.50 knots (L)on about 31.5 metric tons IFO for main
engine plus about 1.8 metric tons IFO for Diesel Generators for 24 hours+0.2 MDO Daily port consumption: about 2.8 metric tons IFO+abt 0.3 MT
MDO idle / about 4.8 metric tons IFO+0.5 mt MDO working cranes 18 hrs;
IFO specifications:
IFO ISO 8217: 2005(E) RMG 380
MDO ISO 8217:2005(E) DMB
Vessel may use minor quantities of diesel whilst navigating narrow, shallow, busy/restricted water areas, canals, in and out of port, engine/generator starting/stopping
All details abt

FOLLOWING TO BE PART OF VSL DESC:
CONSTANTS: 330 mt
UNPUMPABLE BALLAST : 180 mt
FRESH WATER : 150 mt
LOADABLE QTY AT 12.5 N 12.8 MTRS PARADIP DRAFT
12.5 MTRS PARADIP DRAFT : 54830 mt
12.8 MTRS PARADIP DRAFT : 56560 mt

       OWNERS WARRANT THAT VSL IS FITTED WITH GEARS & GRABS AS DESCRIBED WHICH ARE IN GOOD WORKING CONDITION AND SAME ARE AVAILABLR TO CHRTRS FREE OF COST FOR LOADING AND DISCHARGING IRON ORE CARGO IN BULK

- OWNERS DAMICO DRY LIMITED, DUBLIN

- ACCOUNT BAGADIYA BROTHERS (SINGAPORE) PTE. LTD.
  150 CECIL STREET, 14-01 AXA LIFE BLDG, SINGAPORE 069543
  MR. SUNIL PATNI
- FIXTURE TO BE KEPT STRICTLY PNC
- DEL DLOSP HALDIA OR IN CHRTRS OPTION WWR HALDIA INSIDE HALDIA LOCKGATE
ATDNSHINC. CHRTRS TO DECLARE THEIR OPTION LATEST 48 HRS PRIOR TO VESSELS
COMPLETION OF DISCHARGE AT HALDIA
- LAYCAN 20-26 FEB 2009
CHRS TO ADV REDELY PORT LATEST WHEN VSL PSG SPORE.CHRTRS TO GIVE 10/7 APPROX
AND 5/3/2/1 DEFINITE NOTICE OF REDEL

- FOR 1 TCT VIA SPS SBS SAS AA AWIWL VIA INDIA TO CHINA WITH HARMLESS/LAWFUL
IRONORE IN BULK INCL IORE FINES, LUMPS AND PELLETS.

- REDEL DLOSP 1 SP CHINA ATDNSHINC
CHRS TO ADV REDELY PORT LATEST WHEN VSL PSG SPORE.CHRTRS TO GIVE 7/5/3/2/1
DEFINITE NOTICE OF REDEL.
-ILOHC: USD 4500 LS
-CVE USD 1200 PMPR

- BOD ABT 1000/1100 MT IFO AND ABT 40/50MT MDO
BOR AS ABOUT SAME AS BOD
BUNKER PRICES FOR THE DELY QTTY BENDS
USD 265 PMT FOR IFO AND
USD 380 PMT FOR MDO

- CHARTER HIRE USD 20,000 PDPR INCLOT. FIRST 20 DAYS HIRE PLUS VALUE OF BUNKERS
CONSUMABLE UPTO SINGAPORE TO BE PAID TO OWNER'S NOMINATED BANK W/I 3 BANKING
DAYS AFTER VSL'S DLY TO CHRTRS AGAINST OWNERS FAX /E-MAIL INVOICE

- CHTRS HAVE THE RIGHT TO DEDUCT VALUE OF EST BUNKER ENABLE VSL TO REACH
SPORE PAID ALONGWITH FIRST HIRE FROM LAST SUFFICIENT HIRE PAYMENT(S).
CHRS ALWAYS SUPPLY BUNKER AS PER SPECIFICATION OF BTB CP. CHRTRS CAN DEDUCT
OWNERS ESTIMATED EXPENSES FROM LAST SUFFICIENT HIRE BUT MAX LUMPSUM USD
750.

-Only single crane allowed to work at a time per hatch/hold.

- If DLOSP haldia option is declared then vsls holds on arrival first loading port to be
clean/swept and washed down with freshwater and dried and  ready to receive chtrs
intended
cargo, being free of loose rust scale and previous cargo residues to the satisfaction of an
independant surveyors, shd vsl not tb ready or approved by relevant surveyors as being fit
and suitably clean for chtrs intended cargo the vsl to be offhire from time of rejection until
the vsl is accepted and any direct expenses incurred to be paid by owners.

- IF CHTRS EXERCISE 'WWR' OPTION, OWNERS ARE NOT TO BE RESPONSIBLE FOR HOLDS
CLEANLINESS BUT CREW SHALL EXERT BEST ENDEAVOURS TO SWEEP THE HOLDS
PROVIDED LOCAL RULES AND REGULATIONS ALLOW SAME.

-IN THE EVENT CHRRS DECLARE WWR OPTION, VSL TO BE DELIVERED TO CHRRS ON
COMPL OF DISCHARGE OF CURRENT CARGO.

- 3.75 PCT ADD COMM + 1.25 PCT TO BRAEMER DELHI

- ALL AS PER TSUNEISHI HULL NO. 082 – TO BE RE NAMED MEDI FRIENZE CHARTER PARTY
DATED 24TH JANUARY 2005  (WHICH IS ATTACHED
 WITH THE BELOW ALTERATIONS
**PREAMBLE**

LINE 108. : REPLACE "FORTY FIVE (45), THIRTY (30), TWENTY (20)" BY "12,10,7"

Cl. 18 – Liens –  the word "AND SUB-HIRE" shall be added after "SUB-FREIGHTS" on first
line;

last sentence of Cl. 18  – Liens – to be amended asf:
CHARTERERS WILL NOT SUFFER, NOR PERMIT TO BE CONTINUED, ANY LIEN OR
ENCUMBRANCE INCURRED BY THEM OR THEIR AGENTS, WHICH MIGHT HAVE PRIORITY
OVER TITLE AND INTEREST OF THE OWNERS IN THE VESSEL.
IN NO EVENT SHALL CHARTERERS PROCURE, OR PERMIT TO BE PROCURED, FOR THE
VESSEL, ANY SUPPLIES, NECESSARIES OR SERVICES WITHOUT PREVIOUSLY OBTAINING A
STATEMENT SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE FURNISHER THEREOF,
ACKNOWLEDGING THAT SUCH SUPPLIES, NECESSARIES OR SERVICES ARE BEING
FURNISHED ON THE CREDIT OF THE CHARTERERES AND NOT ON THE CREDIT OF THE
VESSEL OR OF HER OWNERS, AND THAT THE FURNISHER CLAIMS NO MARITIME LIEN ON
THE VESSEL THEREFOR.
CLAUSE 20. (LINE 252 TO LINE 256) : DELETE ENTIRE CLAUSE N REPLACE IT BY "NO DD
DURING CURRENCY OF THIS CHARTER EXCEPT IN CASE OF EMERGENCY"

**RIDERS**
CLAUSE 28 : VSL DESCRIPTION AS PER MAIN TERMS AGREED.

FOLLOWING TO BE PART OF VSL DESC:
CONSTANTS: 330 mt
UNPUMPABLE BALLAST : 180 mt
FRESH WATER : 150 mt
LOADABLE QTY AT 12.5 N 12.8 MTRS PARADIP DRAFT
12.5 MTRS PARADIP DRAFT : 54830 mt
12.8 MTRS PARADIP DRAFT : 56560 mt

CLAUSE 30. :   DELETE "CHARTERERS ARE NOT ALLOWED ........ AGREDD BY OWNERS".
OTHERWISE AS PER MT AGREED.

CLAUSE 49. :   REPLACE ENTIRE LINE NO. 9 I.E. "TIME AFTER THE EXPIRY .......... WHILE
THE" BY "However where there is failure to make "punctual and regular payment" of hire,
the Charterers shall be given by the Owners tWO clear banking days (as recognized at the
agreed place of payment) written notice to rectify the failure, and when so rectified within
those tWO clear banking days following Owners' notice, the payment shall stand as regular
and punctual."

CLAUSE 52. ; ADD "IRON ORE FINES/LUMPS/PELLETS" ALLOWED"

CLAUSE 56. : IN FIRST LINE ADD  "FLEET WEATHER INC." IN THE FIRST LINE AFTER
"WEATHER ROUTING COMPANY",

LB DEP 155

ADD IN THE END AFTER PARA THREE " INCASE THERE IS ANY DESCRIPIANCY IN VESSEL LOGS AND FLEET WEATHER INC REPORTS , FLEET WEATHER INC  REPORTS SHOULD BE TAKEN AS FINAL AND BINDING, AND TREAT THEIR CAL ON  SPD/CON AS FINAL AND BINDING ON BOTH THE PARTIES, "

CLAUSE 63. : ADD "INDIA, SINGAPORE, HONGKONG, CHINA ALLOWED.

CLAUSE 73 : PARA1, LINE 6, : INSERT "ON PRO RATA BASIS PER WORKABLE HATCH" IN BETWEEN "VESSEL TO BE CONSIDERED OFF-HIRE" AND "TO THE"
PARA 1, LINE 7 AND LINE 8 : DELETE "(EXCEPT FOR AN ALLOWANCE OF TOTAL EIGHT HOURS EACH LOADING OR DISCHARGING PORT CALL/OPERATION)
CLAUSE 73 : DELETE ENTIRE PARA 2 (I.E. IT IS HOWEVER AGREED THAT, WITH LIMITATION ................................................., NO OFFHIRE SHALL APPLY."

CLAUSE 83 : (B) LINE 2, REPLACE "72 RUNNING HOURS" BY " 2 CLEAR BANKING DAYS"
LINE 3, REPLACE "THE NUMBER OF RUNNING HOURS" BY " 2 CLEAR BANKING DAYS"
END


KINDLY CONFIMR ABV IN ORDER.

M'THNKS YOUR SUPPORT IN CONCLUDING THIS FIXTURE.

BEST REGARDS,
ANJALI-SHAGUFTA

medfirenze amended for Ttcl.pdf

14/15

Eastern energy COA Voy 15

Dear All,

Medi Imabari has been accepted by Eastern Energy to perform the 13-22 Laycan. Shipnet will be
updated shortly as per the attached calculation.
Nothing further to add as the trade should be no surprise to anyone


0363_001.pdf

- Laycan 13-22 November
- Demurrage Usd 6.500

**M.V. MEDI IMABARI**
PAN FLAG BLT MES 2/2008
56,047 MTDW ON 12.573 m SSW draft (TPC 55.20)
189.99 LOA / 32.26 BEAM
31236/ 18504 GRT/NT
CLASS NK
5HO/5HA – FOLDING TYPE H/COVERS
Abt 70,800 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 6/12 CBM CAPACITY
SPEED CONS IN SMOOTH WEATHER/CALM SEA UPTO MAX BF4/DSS3 NO ADV CURRENT
EXCL SAILING RESTRICTED AREAS A/O MANOUVERING IN/OUT PORTS/CANAL/ETC
ABT 14.3 KN (B) / 13.5 KN (L) ON ABT 33.3 MT IFO + ABT 0.2 MT MDO
PORT CONS
IDLE ABT 2.8 MT IFO + ABT 0.3 MT MDO
WORK CR ABT 5 MT IFO + ABT 1.0 MT MDO
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW, SHALLOW,
BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT,
ENGINE/GENERATOR STARTING/STOPPING
ALL DETAILS ABOUT

Best Regards,
Thomas
**********************************************************************

d'Amico Dry - Singapore_
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
**********************************************************************

ciao,

On completion of the current EE voy 14, Medi imabari will perform d'Amico/Banpu (GLOW)COA-CP dated 20/sept/2006 voy 17 with Laycan 26oct- 4th nov.

The loading port will be balikpapan and discharging port will be Mapthaput

++

For guidance the terms are:-

balikpapan/mapthaphut
25000shinc/20000shinc
frt :usd 9.50pmt
demm 18000

++

Since the frt is a good one in this market, we should try and maximise the intake on this .

Best.Regards,

Pratik

*******************************************************************************

d'Amico Dry - Singapore_
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco ·
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
*********************************************************************************

———————————————

Pratik/Chris

re: d'Amico/Banpu - Glow 17 - chrts advise asf:

We confirm and accept MV.Medi Imabari or SUB  to perform the shipment with agreed laycan 26 Oct.
- 4 Nov.,2008 loading at  Balikpapan Coal Terminal and her cargo intake 50,000mt+/-10%.

Please be advised the shipping agent at Balikpapan as follow and discharge port will advise later.

INDO DHARMA TRANSPORT (IDT) - Shipping  Agencies
Wisma Indomobil Building  Tower II, 7th Floor
Jl. MT Haryono Kav.8  - Jakarta 13330 - Indonesia
Phone   :        +62 21 856 4751 (HUNTING)
Fax       :        +62 21 856 4758
Dir       :        +62 21 280 1406
Mobile :        +62  812 80

LB DEP 158

Ciao,

Medi imabari has been fixed to Cargill for an Indo-thailand trip as per the below recap.

The broker is R.S.Platou Singapore.

For ops:-
-AWT has been excluded in the CP
-Owners expenses have been kept max at usd 500 per port.


The CP used is attached.



Medi imabari NewAmended BTB trip CP.pdf

Best Regards,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

d'Amico Dry – Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray-Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---------------------

Ref: 261108-UD024183 - R.S. Platou Singapore, Dry Cargo Chartering
Department.

PRATIK / ULAS

GOOD DAY

RE: MEDI IMABARI / CARGILL - CP DD 25 NOV 2008

PLSED TO DRAW THE CLEAN RECAP, WITH CP DD 25 NOV 2008, AS FOLLWS:

M.V. MEDI IMABARI
PAN FLAG. BLT MES 2/2008
56,047 MTDW ON  12.573 M SSW DRAFT (TPC  55.20)
189.99 LOA / 32.26 BEAM
31236/ 18504 GRT/NT
CLASS NK
5HO/5HA - FOLDING TYPE H/COVERS

LB DEP 159

ABT 70,800 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 6/12 CBM CAPACITY
SPEED CONS IN SMOOTH WEATHER/CALM SEA UPTO MAX BF4/DSS3 NO ADV CURRENT EXCL
SAILING RESTRICTED AREAS A/O MANOUVERING IN/OUT PORTS/CANAL/ETC
ABT 14.3 KN (B) / 13.5 KN (L) ON ABT 33.3 MT IFO + ABT 0.2 MT MDO
PORT CONS
IDLE ABT 2.8 MT IFO + ABT 0.3 MT MDO
WORK CR ABT 5 MT IFO + ABT 1.0 MT MDO
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW,
SHALLOW, BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT,
ENGINE/GENERATOR STARTING/STOPPING
ALL DETAILS ABOUT


- ACCOUNT CARGILL OCEAN TRANSPORTATION, SINGAPORE
- DEL APS MUARA PANTAI  ATDNSHINC
- LAYCAN 05-12 DECEMBER 2008
- FOR 1 TCT VIA SPS SBS SAS AA AWIWL VIA INDONESIA TO THAILAND WITH COAL IN
BULK ONLY
- REDEL DLOSP 1 SP THAILAND ATDNSHINC
- DURATION ABT 15-20 DAYS WOG
- HIRE  USD 8750 DIOT PAYABLE EVERY 12 DAYS IN ADVANCE TOGETHER WITH
ESTIMATED
    CONSUMABLE BUNKERS FOR THE VOYAGE
- C/V/E USD 1,250 PMPR
- ILOHC USD 5,000 L/S
- BOD ABT 850-950 MT IFO AND ABT 30-40 MT MDO
- BOR QTTIES TO ABT SAME AS BOD QTTIES
    PRICES USD 250/600 PMT FOR IFO AND MDO RESPECTIVELY
- 3.75 PCT ADD COMM + 1.25 PCT TO RS PLATOU (ASIA) PTE. LTD.
- OTHERWISE AS PER MEDI IMABARI / NOBLE CP DD 13 MARCH 2008 , AS SENT,
LOGICALY
    AMENDED IN ACCORDANCE WITH MAIN TERMS AGREED ABOVE AND WITH FOLLWG
ALTERATIONS:
MAIN CLS
=====
LINE 22       DELETE "APPROVED BY OWNERS" AFTER "WEATHER ROUTING COMPANY"
LINE 41       REINSTATE "SHALL BE READY"
LINE 108      DELETE "15" REPLACE BY "10"


RIDERS
=====
CLSE 50       DELETE PARA 2 AND PARA 3 (1 TCT ONLY)
CLSE 52       DELETE ALL  - INSERT "CARGO COAL IN BULK ONLY"
CLSE 56       DELETE "(APPROVED BY OWNERS)" IN LINE 1
CLSE 61       DELETE "IRON ORE" IN LINE 3 AND REPLACE BY "COAL"
CLSE 73       DELETE "IRON ORE" IN LINE 2 AND REPLACE BY "COAL"
              DELETE "(EXCEPT FOR AN ALLOWANCE.../OPERATION)" &  DELETE
LAST PARA.
END RECAP


TRUST ABOVE IN GOOD ORDER

MANY THANKS FOR YOUR KIND SUPPORT

BEST REGARDS,  ULAS DURALI

R.S. PLATOU (ASIA) PTE. LTD.
TEL    : + 65 6336 8733

LB DEP 160

*17*

ciao,

Medi imabari has been accepted by unique for performing the SPOT cargo(handover sent on friday) with
cp date 1/dec/2008 (muara satui-kohsichang).
The minimum lift for the cargo is 55000mt. On tropical marks we should try and maximise the lift on her.
The agents details are as below.


Best Regards,


*****************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottozzi P +1 604 484 8022 / M +1 778 888 6528
*****************************************************************


----------

From: Fearnleys (Thailand) Ltd.
Date: 04/12/2008

Dear Pratik,

Re: Mv Medi Imabari/UMS
--

Thanks for nomination, following received from Charterers:-

qte
On behalf of Unique Mining Services PCL., we would like to confirm our
acceptance of M.V. MEDI IMABARI to be  the performing vessel to lift
our cargo from Muara Satui to Koh Sichang, Thailand during the laycan
of 15- 24 December 2008.

Loading port agent     : PT. Tri ElangJaya Maritim

Discharging port Agent : Thoresen Thai Agencies Public Company Limited
unqte

Please find agents full style as follow:-

AT LOAD PORT
PT. Tri ElangJaya Maritim
Shipping Company and Agency
Jalan Pemuda No. 66, 3rd Floor
Jakarta 13220, Indonesia

Telex: 48829 TEM IA
Phone: (62-21) 470.1219
Fax: (62-21) 470.1220
E-mail: trielang@trielang.co.id
Homepage: www.trielang.co.id
P I C: Mr.Viar Virana, viar@trielang.co.id

+

AT DISCHARGE PORT
ISS THORESEN AGENCIES LTD.
26/26-27 ORAKARN BUILDING 8TH FLOOR
SOI CHIDLOM, PLOENCHIT ROAD,
BANGKOK 10330, THAILAND
Tel: +66 2250-0569
Fax: +66 2253-9497
Email: ops_dry@thoresen.com
P I C: Capt. Segsit

End

Please keep us updated on vessel's itinerary and kindly revert with
master's pre-stowage plan in due course, many thanks in advance.

Best regards/Linh

From: dry@damicoint.com
To: Suttiporn Srisahakarnkij <chartering@Fearnleys.co.th>
Subject: Re: damico/ums spot: cp dated 1/dec/2008:vessel nomination
Date: Wed, 3 Dec 2008 11:12:14 +0800

Linh/Pratik

Re: d'Amico /Unique SPOT cargo CP dated 1/dec/2008(laycan 15-24 dec
2008)

With regard to the above lifting we wish to nominate m.v.Medi imabari
or sub:

M.V. MEDI IMABARI
PAN FLAG BLT MES 2/2008
56,047 MTDW ON  12.573 m SSW draft (TPC  55.20)
189.99 LOA / 32.26 BEAM
31236/ 18504 GRT/NT
CLASS NK
5HO/5HA ? FOLDING TYPE H/COVERS
Abt 70,800 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 12 CBM CAPACITY

ALL DETAILS ABOUT

Itinery:
ETCD kosichang 14/17 dec 2008 agw wp wog ncae

LB DEP 162

ETA muara satui 19/22 dec 2008 agw wp wog ucae

Estimated loadable qty abt 56000 to be confirmed by master.


Best Regards,

************************************************************************
*******

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

LB DEP 163

Ciao,

Medi Imabari has been fixed to perform Cetragpa- coal cargo to Villanueva on Voy bss as per the below recap.

The loading port is jorong and shippers are banpu.

The proforma cp is attached for ur reference.

MEDI CHENNAI 12.06.07 Cetragpa.doc

Best Regards,

*******************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
*******************************************************************

| | | |
|---|---|---|
| Pareto Dry Cargo AS <dry@pareto.no> | To | <drysingapore@damicoint.com> |
| 01/29/2009 11:46 PM | cc | |
| Please respond to Pareto Dry Cargo AS<dry@pareto.no> | Subject | Pratik/knut-inge |

P A R E T O   D R Y   C A R G O   A S
O S L O
dry@pareto.no  tel: +47 22010930  fax: +47 22010926  www.pareto.no

LB DEP 164