Pratik/knut-inge

fixture recap dated 29.01.2009

M.V. MEDI IMABARI
PAN FLAG BLT MES 2/2008
56,047 MTDW ON  12.573 m SSW draft (TPC 55.20)
189.99 LOA / 32.26 BEAM
31236/ 18504 GRT/NT
CLASS NK
5HO/5HA – FOLDING TYPE H/COVERS
Abt 70,800 CBM GR IN M/H
4 CR 30 T SWL (24 T SWL WHEN OPERATING WITH GRABS)
4 EL/HYDR GRABS 12 CBM CAPACITY
ALL DETAILS ABOUT

D. Grain/bale capacities by hold excluding wing/top side tanks but
including hatchways:

|          |           |          |
|----------|-----------|----------|
| Hold #1: | 12,713.5  | 12132.0  |
| Hold #2: | 14,709.8  | 14090.0  |
| Hold #3: | 14,652.0  | 14050.7  |
| Hold #4: | 14,709.8  | 14090.0  |
| Hold #5: | 14,025.6  | 13720.8  |

-CALL SIGN              : 3 E P B 6
-CLASS SOCIETY          : NKK
-REGISTER No.           : 33574-08
-NATIONALITY OF M/C     : S/KOREAN AND FILIPINO
-NRT/GRT                : 18,504T / 31,236T
-HATCH COVER TYPE       : MACGREGOR CYLINDER FOLDING TYPE
-CUBIC BREAKDOWN        : 70,810.7 CUBIC.M.
-HATCH SIZE             : H1/17.60M x 18.92M H2/21.12M x 18.92M
                          H3/21.12M x 18.92M H4/21.12M x 18.92M
                          H5/21.12M x 18.92M
-LAST TWO CARGOES       : COAL IN BULK
-TYPE & GRABS AND CRANE : ELECTRO HYDLAULIC OPERATED AND IHI SINGLE
                          DECK CRANE / H300185-260(25')B / 4 SETS
-NAME OF PANDI CLUB     : THE JAPAN SHIP OWNERS' MUTUAL PROTECTION
                          & INDEMNITY ASSOCIATION
-CRANE OUTREACH         : 26 METERS
-H AND M VALUE          : na
-INSURED VALUE          : abt 60 mill

-CHARTS: A/C Cetragpa S.N.C. Suresnes, France

-OWNERS: D'Amico Shipping UK Ltd.
 2 Anne's Queen Gate Building
 Dartmounth Street
 St. James's Park, London SW1H9B, UK

-45000 10 pct moloo bulk coal
-1 sa Jorong/1 sb Villanueva (Phi Isl)
-5/12 Feb with etr feb 5/6 th
-10000 mts shinc wwd load/15000 mts shinc wwd disch
-12 hrs tt bends eiu

LB DEP 165

-frt usd 3.75 pmt fiot bss 1/1
-port expenses for ows acct max (including agency fee): usd 7500 at Jorong
and max
 usd 25000 at Villanueva
-dem usd4500 pd/pr dhdltsbends
-4.25 PCT ADD COMM PLUS 1.25 PCT PARETO DRY CARGO
-other as per d'Amico/Cetragpa Medi Chennai cp dated 12/june/2007with logocal amendments
-pls find attached the banking dets

thank you very much for this fixture

best regards

knut-inge

d'Amico UK style&bank - new (wef 26.05.2005).for frt invoice.xls   scan0001.pdf

LB DEP 166

Ciao,

Medi Imabari will be performing the D'Amico / EE cp dd 11.May.07 - Voy. 18.Layçan 18-27 feb.


~ for reference the terms of the cargo are:
banjarmasin/kohsichang
12000shinc bends
frt usd 11.50 pmt fios bss 1/1
demm: usd 8190 pdpr

++++


Best Regards,

*********************************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
*********************************************************************************

| | | |
|---|---|---|
| Julana Pingkan <operations@ssyjkt.com> | To | "D'amico Singapore" <drysingapore@damicoint.com> |
| 02/10/2009 10:58 AM | cc | "D'amico – Operations" <ops.dry@damicoint.com> |
| Please respond to Julana Pingkan <operations@ssyjkt.com> | Subject | RE: D'Amico / EE cp dd 11.May.07 - Voy.18-MEDI DUBLIN |


PT. SIMPSON SPENCE & YOUNG INDONESIA (SSY JAKARTA)
Tel: +62 21 57942330   Fax: +62 21 57942331

2/10/2009   9:58:32 AM   /   JP8489976


Pratik / Julana

cc: Capt Satish

RE: D'Amico / EE cp dd 11.May.07 - Voy.18-Nominations
------------------------------------------------------------

KINDLY NOTE THAT CHARTRS HAVE JUST CONFIRMED THEIR ACCEPTANCE OF MEDI
IMABARI FOR VOY NO.18 UNDER THE COA.

KINDLY INSTRUCT MASTER TO UPDATE ETA LOADPORT NOTICES AS PER C/P TO
ALL CONCERNED ALONG WITH CARGO QTTY LOADING AND STOWPLAN.

Await yrs thanks.

Best regards
SIMPSON SPENCE & YOUNG, JAKARTA
Julana Pingkan/Ops Dept.
Mob: +62-811895224
Email: operations@ssyjkt.com
MSN: julanapingkan@hotmail.com (Chat Only)

LB DEP 168

20

ciao,

Medi valencia has been fixed to Noble for a trip to China with Ironore at usd 8500pd.The clean recap
is as below.

For ops:

-Chrtrs will pay 21 days hire in the first payment with no payment for bunkers.
-BOR same as BOD.

++

The broker is Howe robinson HKG.

Best Regards,
*********************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 686 6528
*********************************************************************

---

```
          Howe Robinson Shipbrokers - Handy / Handymax Dept.
          London - Hong Kong - Shanghai - Tokyo - Johannesburg - Hamburg -
Piraeus

E-mail: hrs.hdy@howerobinson.com
MPF58886916   20/11/2008   10:39:13


PRATIK/ALVIN

RE: MEDI VALENCIA/NOBLE - FULL RECAP
--

PLSD TO RECAP A CLEAN FIXTURE DATED 20/NOV/08


M/V MEDI VALENCIA
Geared/Grabbed Handymax BC
Built Mitsui Engineering & Shipbuilding Co Ltd. Japan Jan/08 , HKG
flag
Abt 56,014 dwt on 12.573 m ssw (tpc 55.8)
LOA 189.99m/ Beam 32.26 m
GT/NT abt 31,236 / abt 18,504
Grain cap abt 70,700 cbm
4 x 30 mt SWL with 4 x 12 cbm grabs
5 Ho/5 Ha
Speed/consumption in smooth weather upto max BF4/DSS3, no adverse
```

21

current, excluding sailing in restricted areas and/or in/out ports:
Laden abt 13.5 kn on abt 31.5 mts IFO for M/E plus abt 1.8 MT
IFO+0.2mt
mdo for D/G
Ballast abt 14.3 kn on abt 31.5 mts IFO for M/E plus abt 1.8 MT
IFO+0.2mt
mdo for D/G
Port cons idle abt 2.8 mts IFO + 0.3mts MDO,, working 24 hrs abt 5MT
IFO +
1 mts MDO
Vessel may use minor quantities of diesel whilst navigating narrow,
shallow, busy/restricted water areas, canals, in and out of port,
engine/generator starting/stopping
All details  about_


- OWRS ADVISE/CONFIRM FOLL ADDITIONAL INFO :-

1)  OWNERS/DIS OWNERS FULL STYLE
Owners: Nico Marine Ltd
Flat D, 18 F, 7 Ngan Fung St, Wong Tai Sin,
Kowloon, Hong, Kong
Tel: 852-2351-5467   fax: 852-2351-5044

    Disponent Owner
    d'Amico Dry Ltd
    c/o Cogema Sam
    20 Blvd, de Suise
    Monte-Carlo MC 98000 Monaco
    Tel: 377-93105270    Fax: +33-1-7079-2002
    E-mail: ops.dry@damicoint.com

2)  MANAGER'S FULL STYLE
Temm Maritime Co. Ltd.
Boeki Bldg 8F Room 810
123-1 Higashimachi, Chuo-Ku,
Kobe, Japan
Tel: +81-78-331-6201  Fax: +81-78-331-6220
E-mail: temmkobe@temmkobe.co.jp

3)  VSL'S PNI CLUB
Japan P & I

4)  VSL'S HNM VALUE
Insured Amount: Jap Yen 3,000,000,000

5)  VSL'S FO/DO/FW TANK CAPACITIES
100% Cap in m3: FO/2509.4 DO/135.9  FW/428.0

6)  VSL'S ITINERARY AND LAST 3 CARGOES
Mundra Disch eta : 20 Nov-08  Etd: 25 Nov-08
Last 3 Cargoes: 1. Ferlilizer 2. Steel Products 3. Grain ( Soya
beans)

7)  VSL'S CLASS. OWNERS CONFIRM VSL FULLY CLASSED AND WILL
REMAIN SO CLASSED DURING THE PERIOD OF CHARTER.
YES

8)  VSL STRENGTHENED FOR HEAVY CARGO AND CLASSED FOR ALTERNATE HOLD
LOADING
    YES

9) VSL'S CONSTANT AND TPC/TPI
Contant: 260mt TPC: 55.8

10) VSL'S DWAT AND TPC ON 11.8M/12/12.5M SSW

| Draft | DWT | TPC |
|-------|--------|------|
| 11.8 | 51,707 | 55.5 |
| 12.0 | 52,816 | 55.6 |
| 12.5 | 55,606 | 55.7 |

11) VSL'S WLTHC IN LIGHT/HEAVY BALLAST CONDITION OR
VSL'S WLTHC IN BALLASTED/FULLY LADEN CONDITION

| WLTHC ( Air draft M): | Light Ballast | Heavy Ballast |
|-----------------------|---------------|---------------|
| Hatch C 1 | 14.99 | |
| 2 | 14.66 | 11.64 |
| 3 | 14.30 | 11.55 |
| 4 | 13.94 | 11.44 |
| 5 | 13.59 | 11.34 |
| | | 11.24 |

12) NATIONALITY OF OFFICERS AND CREW
All Filipino

13) VSL'S HATCH SIZE
H1= 17.6M x 18.92M  H2 to 5= 21.12 X 18.92M

14) VSL'S GRAIN CAPACITY B/D BY HOLD (M3)
H1=12,713.50  H2= 14,709.80 H3=14,652.00 H4=14,709.90 H5=14,025.60
Total: 70810.80

15) VSL SUITABLE FOR GRAB DISCHARGE
YES ( 4 grabs / 10t 12m3 cap)

16) VSL'S DEBALLASTING TIME
20 hrs ( normal deballasting time )
Deballasting hold no. 3 = 12 hrs additional

17) VSL'S GRT/NRT
GRT:31,236 NRT: 18,504

18) VSL'S MAX/ALTERNATE SPEED/CONS
As per CP

19) VSL'S INMARSAT/TLX NO.
INM-C ID: 447700941 MDVA X INM-F Phone 764821630
FAX: 764821632 EMAIL: master.VRDN8@globeemail.com

20) OWNS CONFIRM VSL CAN MAINTAIN MAX 13M WLTHC THOROUGHT LOADING
BASIS ONE LOADING ARM
     YES ( HOLD NO. 3 BALLASTED )

21) OWNERS CONFIRM THAT IF LOADING MADRAS VSL'S ARRIVAL DRAFT AT
LOAD PORT WILL BE MIN 19FT FORE AND 24FT AFT
     YES, with hold 3 fully ballasted.

22) Please confirm Owners' have a valid ISSC :
Please fax a copy of same.
Pls see attachment

23) Please advise CSO and SSO details :
CSO: MR. Yoshihiro Iwai ( Contact details pls see Ship's manager )
SSO: C/Off Allan B. Alviola

LB DEP 171

24) Please advise Head-Owner's full style and address :
Please see item 1 or c/o Ships manager.

25) Please advise last 10 ports of call :
Please attachment Voyage memo.


- OWNERS DAMICO DRY LIMITED, DUBLIN
HEAD OWRS NICOMARINE

- ACCOUNT NOBLE CHARTERING INC, BVI

- FIXTURE TO BE KEPT STRICTLY PNC

- DEL DLOSP MUNDRA ATDNSHINC

- LAYCAN 24/29 NOV 08 LT

- FOR 1 TCT VIA SPS SHS SAS AA AWIWL VIA INDIA TO CHINA WITH
HARMLESS/LAWFUL IRONORE IN BULK INCL IORE FINES, LUMPS AND PELLETS.

- REDEL DLOSP 1 SP CHINA ATDNSHINC
CHRS TO ADV INTENDED REDELY PORT WHEN VSL PSG SPORE

- HIRE USD 8,500 DIOT

- ILOHC USD5000 L/SUM

- CVE USD1,350 PM/PR

- BOD ABT 1100/1300 MT IFO AND ABT 30-40MT MDO
BOR AS ABOUT SAME AS BOD
BUNKER PRICES FOR THE DELY QTTY BENDS
USD250 PMT FOR IFO AND
USD550 PMT FOR MDO

- CHRTRS TO PAY WITH FIRST 21 DAYS HIRE W/O BUNKER VALUES W/I 3
BANKING DAYS AFTER VSL'S DELY.

- VSL'S HOLDS ON ARRIVAL AT 1ST LOADPORT TO BE CLEAN, SWEPT,   DRY AND
FREE OF LOOSE RUST/PREVIOUS RESIDUE TO SATISFACTION/APPROVAL OF
INDEPENDANT SURVEYORS TO LOAD THE INTENDED CARGO OF BULK IRON ORE.
FAILING SAME, VSL TO BE OFF-HIRE FM THE MOMENT SHE IS FOUND DIRTY AND
NOT ACCEPTABLE FOR LOADING UNTIL SHE IS READY, CLEAN AND ACCEPTED TO
LOAD.

ALSO ALL DIRECTLY RELATED EXPENSES DUE TO SUCH FAILURE TO BE ON OWNS
A/C.

- CHRS ALWAYS SUPPLY BUNKER AS PER SPECIFICATION OF BTB CP. CHRTRS CAN
DEDUCT OWNERS ESTIMATED EXPENSES FROM LAST SUFFICIENT HIRE BUT MAX USD
500 PER PORT.

- OWNERS CONFIRM VSL'S GEARS AND GRABS ARE SUITABLE FOR LOAD/DISCHARGE
BULK IRON ORE, FREE OF CHARGES USING SAME BY CHTRS.

- 3.75 PCT ADD COMM + 1.25 PCT TO HOWE ROBINSON

- OTHER TERMS/CONDITIONS BASED ON OWRS BTB C/P WITH LOGICAL

LB DEP 172

ALTERNATIONS ON TOP OF MAIN TERMS AGREED PLUS FLWG AMENDMENTS :

- LN 108 - REPLACE 'FORTY FIVE (45), THIRTY (30), TWENTY (20)' BY
  '15/10'
- LN 110 - REPLACE '10' BY '7'
- LN 252-261 - DELETE ALL AND RE-WRITE AS
  'NO DRY-DOCKING IN THIS CHARTER PERIOD EXCEPT IN CASE OF EMERGENCY'

END


TRUST THE ABV IN LINE WITH YR RECORD.

OPERATIONS WILL BE HANDLED BY HONG KONG OFFICE. PLS RELAY ALL
POST-FIXTURE MSGS TO hrs.opsfeast@howerobinson.com WITH ATTN Ms.
ANDORA MA. HER DIRECT LINE IS +852-35551133

MANY TKS FOR THIS CLEAN FIXTURE.


Regards,
Alvin Mak
Howe Robinson Hong Kong
Dir (852) 3555 1188
Mob (852) 9210 3085
Eml hrs.hdy@howerobinson.com



This e-mail and any attachments are believed to be free from viruses but it
is your responsibility to carry out all necessary virus checks. Howe
Robinson Shipbrokers accepts no liability for any damage caused by any
virus transmitted by this e-mail.

[IMG] - MediValencia amended trip TCT.pdf   [IMG] - IMG.pdf   [IMG] - VOYAGE MEMO REVISED.pdf

LB DEP 173

21

HERE BELOW IS VESSEL'S CLEAN FIXTURE RECAP

---- Forwarded by Paolo Montella/Montecarlo/Cogema/D'Amico Group on 26/02/2009 07:08 PM ----

      Lightship chartering
      <flash@lightship.dk>   To  <dry@damicoint.com>

      26/02/2009 06:12 PM    ·  cc

                 Subj  MEDI VALENCIA / CARGILL
                 ect


FRM: LIGHTSHIP CHARTERING A/S, GENTOFTE
    PHONE: +45 45460777 / FAX +45 45460770 WWW.LIGHTSHIPCHARTERING.COM
    CHART: FLASH@LIGHTSHIP.DK / OPS: OPSFLASH@LIGHTSHIP.DK


SOREN LOURING - PH. +45 45460778 - MOB. +45 40451411 - Ref: Q90226-SFL162.

TO: d'AMICO DRY MONACO
TO: CARGILL INTL SA GENEVA

GENTS,

M/V MEDI VALENCIA / CARGILL
------

PLSD TO CONFIRM CHRTRS HAVE LIFTED THEIR SUBJECTS THUS WE ARE CLEAN FIXED
AS FOLLOWS:

M/V MEDI VALENCIA
GEARED/GRABBED HANDYMAX BC
BUILT MITSUI ENGINEERING & SHIPBUILDING CO LTD. JAPAN JAN/08 , PANAMA FLAG
ABT 56,000 DWT ON 12.55 M SSW
LOA 189.99M/ BEAM 32.26 M
GT/NT ABT 31,500 / ABT 19,000
GRAIN CAP ABT 70,700 CBM
4 X 30 MT SWL WITH 4 X 12 CBM GRABS
5 HO/5 HA
SPEED/CONSUMPTION IN SMOOTH WEATHER UPTO MAX BF4/DSS3, NO ADVERSE
CURRENT, EXCLUDING SAILING IN RESTRICTED AREAS AND/OR IN/OUT PORTS:
LADEN ABT 13.5 KN ON ABT 31.5 MTS IFO FOR M/E + ABT 1.8 MT IFO+0.2MT MDO
FOR D/G
BALL. ABT 14.3 KN ON ABT 31.5 MTS IFO FOR M/E + ABT 1.8 MT IFO+0.2MT MDO
FOR D/G
PORT CONS IDLE ABT 2.8 MTS IFO + 0.3MTS MDO
WORKING 24 HRS ABT 5MT IFO + 1 MTS MDO
VESSEL MAY USE MINOR QUANTITIES OF DIESEL WHILST NAVIGATING NARROW,
SHALLOW,
BUSY/RESTRICTED WATER AREAS, CANALS, IN AND OUT OF PORT, ENGINE/GENERATOR
STARTING/STOPPING
ALL DETAILS "ABOUT"

FOR ACCOUNT CARGILL INTERNATIONAL SA, GENEVA

- DELY DLOSP HOUSTON ATDNSHINC
- 1 TCT VIA SP(S) SB(S) SA(S) AA AWIWL WITH LAWFULL HARMLESS BULK
  GRAIN ALWAYS EXCL. EXPELLERS/SUNFLOWERS SEEDS EXPELLERS FROM USG TO
  INT. JAPAN
- VIA PANAMA CANAL OR CAPE OF GOOD HOPE
- LAYCAN 7-13 MAR 2009
- HIRE USD 36.750/DAILY
- REDEL DLOSP 1SP SPORE/JAPAN RGE ATDNSHINC
- BUNKERS ON DELIVERY TO BE ABT 1200/1300 MT IFO AND ABT 35 MT MDO.
  BUNKERS ON REDELIVERY TO BE ABT SAME QUANTITY AS ACTUALLY ON BOARD AS
  ON DELIVERY.
- BUNKER PRICES USD 280 PMT FOR IFO AND USD 500 PMT FOR MDO BENDS.
  CHRTRS TO PAY FOR ESTIMATED VALUE OF BUNKERS ON DELIVERY TOGETHER FIRST
  HIRE PAYMENT AND TO DEDUCT ESTIMATED VALUE OF BUNKERS ON REDELIVERY FROM
  LAST SUFFICIENT HIRE PAYMENT(S).
- 3,75PCT ADCOM PLUS 1,25PCT LIGHTSHIP CPH
- OTHERWISE AS PER OWNERS BTB C/P AS ATTACHED WITH LOGICAL ALTERATIONS IN
  ACCORDANCE WITH THE ABOVE AND:
- LINE 22 DELETE FROM "APPROVED BY OWNERS.." UNTIL "WAY OF RECTIFICATION",
  AND REPLACE WITH "THE LATER SHALL BE CONSIDERED BINDING FOR BOTH
  PARTIES, HOWEVER ALWAYS EXCLUDING AWT"
- LINE 108 DELETE 45 AND 30 DAYS NOTICE

END RECAP//

WE THANK BOTH PARTIES VERY MUCH FOR THIS FIXTURE AND SHALL DRAW UP CP

RGDS



MediValencia amended trip TCT.pdf

ciao,

Medi valencia has been fixed to HMM for 1 tct to USG with steels in hold+windtowers on deck(same as previously done) as per the below recap.

However since this time, it is only for 1 tct, we will be opening in USG and possibly loading grain there after. Hence would request ops to ask the master to ensure that the holds are grain clean before commencing loading for the steels. The loadport in this case is expected to be kaohsiung. Hence the vessel will have about 3 days to clean the holds.

The TCE for the full voyage bss dop turns out to be in the range of 3.7-3.8k.

We have the bimco nonpayment of hire cl already included in the CP.

In this charter, HMM will pay us 50 days of hire upfront with no bunker payment as first hire.

For reference, the base cp is attached.

  

MEDI VALENCIA-HMM-R.doc   medi valencia-hmm.xls

The brokers are R.S.Platou singapore.


Best Regards,

*********************************************************************

d'Amico Dry'- Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

23

—— Forwarded by Delphine Papalini/Montecarlo/Cogema/D'Amico Group on 18/09/2008 16:07 ——

**Michael John**
Williams/Montecarlo/Coge          To    Lucio Bonaso/Montecarlo/Cogema/D'Amico Group@damico,
ma/D'Amico Group                         Paolo Montella/Montecarlo/Cogema/D'Amico Group@damico,
                                         Thomas Ringberg/Montecarlo/Cogema/D'Amico
12/09/2008 14:36                         Group@damico, Pratik Ray
                                         Chowdhury/Montecarlo/Cogema/D'Amico Group@damico,
                                         Ops Dry/Montecarlo/Cogema/D'Amico Group@damico,
                                         Michael John Williams/Montecarlo/Cogema/D'Amico
                                         Group@damico, Queenie
                                         Cheam/Montecarlo/Cogema/D'Amico Group@damico,
                                         Delphine Papalini/Montecarlo/Cogema/D'Amico
                                         Group@damico, Antonio Di
                                         Giovanni/Montecarlo/Cogema/D'Amico Group@damico
                                   cc
                                  Subj   MEDI LISBON / CARGILL - CP DD 12 SEPT 2008 - CLEAN
                                  ect    RECAP

HEREWITH CLEAN RECAP OF MEDI LISBON - UNFORTUNATELY HAD TO REDUCE
THE HIRE TO MEET CARGILLS DEMANDS!!!

RE: MEDI LISBON  / CARGILL - CP DD  12 SEPT 2008 - CLEAN RECAP
========================================================

PLSED TO DRAW CLEAN RECAP WITH CP DD 12 SEPT 2008, AS FOLLWS:

MV MEDI LISBON
Geared/Grabbed Handymax BC
Built Tsuneishi Heavy Ind. (Cebu), Inc/Dec 2006/Panama flag
58,700 on 12.828 m  tpc :abt 57mt
LOA :189.99m/Beam   32.26 m(moulded)
GT/NT :32,379/19,353
4 x 30 mt SWL with grabs 4 x  6/12 cbm min/max
5 Ho/5 Ha
Speed/consumption in smooth weather upto max BF4/DSS3, no adverse
current, excluding sailing in restricted areas and/or in/out ports:
About 14.25 knots(B)/13.75 knots (L)on about 31.5 metric tons IFO for main
engine plus about 1.6 metric tons IFO for Diesel Generators for 24 hours,
no marine Diesel Oil at sea; Daily port consumption: about 3.1 metric tons
IFO idle / about 6 metric tons IFO working cranes;
IFO specifications; IFO 8217: 2005(E) category ISO-F-RMG 380)
Vessel may use minor quantities of diesel whilst navigating narrow,
shallow, busy/restricted water areas, canals, in and out of port,
engine/generator starting/stopping
All details abt

- ACCOUNT CARGILL INTERNATIONAL S.A. GENEVA OR CARGILL OCEAN TRANSPORTATION
  (SINGAPORE) PTE LTD IN CHOP TO BE DECLARED LATEST BY VESSEL DELY- DEL DLOSP
1 SP KOSICHANG  ATDNSHINC
- LAYCAN 19-23 SEPT. 2008 (00:01-23:59 HRS)

```
  - FOR 1 TCT VIA SPS SBS SAS AA AWIWL VIA INDONESIA TO THAILAND WITH
.HARMLESS/LAWFUL
    COAL IN BULK
  - REDEL DLOSP 1 SP THAILAND ATDNSHINC
  - DURATION ABT 20~25 DAYS WOG
  - HIRE USD 33000 DIOT
  - ILOHC USD 5000 L/S
  - C/V/E USD 1250 PMPR
  - BOD ABT 1000-1200 MT IFO AND ABT 30 MT MDO
  - BOR QTTIES TO ABT SAME AS BOD QTTIES
    SINGAPORE PLATS PRICES ON 12 SEPT 2008
  - 3.75 PCT ADD COMM + 1.25 PCT TO RS PLATOU (ASIA) PTE. LTD.
  - OWISE AS PER OWNS BTB CP OF MV MEDI LISBON WITH LOGICAL ALTERATIONS
/AMENDMENTS IN
    LINE WITH MAIN TERMS AGREED ABOVE
  ++END RECAP


  RGDS
```

LB DEP 178

24

ciao,

Medi Lisbon has been accepted by banpu to perform d'Amico/Banpu cp dated 4/dec/2007 lift 2.

The terms for reference are:-

Jorong/pagbilao
10000shinc/12000shinc
frt usd 27.50 pmt
demm:65000
++

To ops:-
Since the contract is at a very high level, we have to maximise intake on medi lisbon .

Best Regards
d'Amico Dry - Singapore
*******************************************************
Kindly note our NEW DIRECT numbers
Thomas Ringberg (Direct):     +65 6854 7361
Mike Williams (Direct):       +65 6854 7362
Pratik Ray Chowdhury (Direct):  +65 6854 7363
German Garcia (Direct):       +66 6854 7364
Capt.Satish Kotakonda (Direct): +65 6854 7365
Queenie Cheam (Direct):       +65 6854 7366
Fax +65 6586 0879
www.damicoint.com
*******************************************************

═══════════════════════════════════════════════════════

```
To:      D'Amico Singapore
From:    Fearnleys (Thailand) Ltd.
Date:    25/09/2008
Time:    17:53:20
Ref:     KV6756668
Tel:     +66 2 253 6160
Fax:     +66 2 254 6799
Email:   ops@fearnleys.co.th
```
═══════════════════════════════════════════════════════

```
25th of September 2008

Pratik / Kanya

re : banpu npc 32th shipment

fm banpu :-

qte

We confirm and accept MV.Medi Lisbon or SUB to perform the shipment
with  agreed laycan 7-16 October 2008 loading at Jorong anchorage and
discharge  at Pagbilao with estimate cargo intake 55,000mt+/-10%.
```

LB DEP 179

dry/Montecarlo/Cogema/D'A
mico-Group
Sent by: Pratik Ray
Chowdhury

19/11/2008 02:22

To   Ops Dry/Montecarlo/Cogema/D'Amico Group@damico,
     Lucio Bonaso/Montecarlo/Cogema/D'Amico Group@damico

cc   Thomas Ringberg/Montecarlo/Cogema/D'Amico
     Group@damico, Antonio Di
     Giovanni/Montecarlo/Cogema/D'Amico Group@damico

bcc

Subject  Glow 18: medi lisbon handover

ciao,

medi lisbon has been accepted by sanpu to perform voy 18 of d'Amico/Sanpu COA cp dated
20/sept/2008.

This will be the last voy of this COA

++

For reference the terms of this fixing are:-

jorong/maptaphut
laycan 4-13 dec 2008
10kc/20kc
frt 10.20 pmt
demm:18000

++

Best Regards,

*********************************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 5522
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Coretti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi  P +1 604 484 8022 / M +1 778 888 5522
*********************************************************************************

----------------

Pratik/Chris

Re: d'Amico/Sanpu - Glow 18 - chrtrs advise asf:

We confirm and accept MV Medi Lisbon to perform the GLOW shipment no.18
with agreed laycan 4-13 December 2008 loading at Jorong anchorage and
discharge at Glow, Map Ta Phut.

Fyi, the agent at discharge port is OCTL.

Rgds
Sent via BlackBerry® from AIS

LB DEP 180

26

ciao,

pls find below the amended recap .The only change is the inclusion of the words "1 ict" in the recap.

Best Regards,

**********************************************************************************

d'Amico Dry - Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
**********************************************************************************


Yusri/Pratik

as per telecon including the words "1 tct " in the recap,

Pls find below the amended recap with CP dated 11/dec/2008:-


M/V MEDI LISBON
Geared/Grabbed Handymax BC
Built Tsuneishi Heavy Ind.(Cebu), Inc/Dec 2006/Panama flag
58,700 on 12.828 m  tpc :abt 57mt
LOA :189.99m/Beam  32.26 m(moulded)
GT/NT :32,379/19,353
4 x 30 mt SWL with grabs 4 x  6/12 cbm min/max
5 Ho/5 Ha
Speed/consumption in smooth weather upto max BF4/DSS3, no adverse
current, excluding sailing in restricted areas and/or in/out ports:
About 14.25 knots(B)/13.75 knots (L)on about 31.5 metric tons IFO for main engine plus about 1.6
metric tons IFO for Diesel Generators for 24 hours, no marine Diesel Oil at sea; Daily port consumption:
about 3.1 metric tons IFO idle / about 6 metric tons IFO working cranes;
IFO specifications: IFO 8217: 2005(E) category ISO-F-RMG 380)
Vessel may use minor quantities of diesel whilst navigating narrow, shallow, busy/restricted water areas,
canals, in and out of port, engine/generator starting/stopping
All details abt wog

Acct: Acemark Ventures Inc

Acemark Ventures Inc was formed on the August 2003. Within 6 months of
operations, the Company's turnover was over USD 60 million which includes
shipping and trading of raw materials.
Now Acemark Ventures Inc is supplying sand to the Government of Singapore's
Subsidiary Jurong Town Corporation(JTC). Acemark Ventures Inc. also owns E-
Scaffolding Pte Ltd which is also a licenced importer of sand issued by the
Building & Construction Authority of Singapore(BCA) and also owns E-Shipping
Pte Ltd, which is the shipping Agent in Singapore attending to all the
vessel's needs in Singapore.

Fullstyle:

371 Beach Road Key Point
#03-07 Singapore 199597
Tel: +65 63960550
Fax: +65 63965554
H/P: +65 91771141
Yusri Mohsen

Charterers' P&I Club - The Charterers P & I Club - 100Al

List of owned vessels which had since been sold or scrapped:

MV Emir, 27,311 SDBC - sold
MV Nooraine, 27,008 SDBC - scrapped
MV Maznah, 16,169 TWN - scrapped
MV Normah, 16,169 TWN - scrapped

Some vessels fixed:

MV Surya Tama, 22,654 dwt - on period since Sept 30 2007
MV Komodo, 34,470 dwt on period since Dec 7 2007
MV Sea Light II, 43,110 dwt - 3 laden legs - re-delivered
MV Holy Light, 37,680 dwt - 3 laden legs - re-delivered
MV Taedong, 13,634 dwt - 2 laden legs - re-delivered
MV Gumbong, 12,655 dwt - 2 laden legs - re-delivered
MV Sahar, 42,208 dwt - now on hire
MV Akmi, 53,608 dwt - now on hire
MV Malavika  53,169 dwt - delivery 13th December 2000lt

MV Sea Light II, MV Holy Light - DND Management Inc(Owners) Capt John
Mavrogiannis - +306974899545

MV Taedong, MV Gumbong - Korea Moran Shpg Co(Owners) -North Korean Owners'
representative in Singapore - Mr An Thae Bong - +65 97275247

MV Surya Tama; MV Komodo WS Maritime Sdn Bhd(Owners) Capt Izhar- +60
123832621

MV Sahar - BOSCO(Head Owners) - Mr Taraz - +989123095649
Now Owners requesting for extension of s short period

MV Akmi - via Artemaris S.A.- Mr Kostas - +302109636636

MV Malavika - via Brisk Marine - Capt Malhotra - +919810016249

LB DEP 182

Attached file is the loading operations done on MV Akmi which is completed
loading 8th Dec at 1530HRS.

END BACKGROUND

Would like to highlight the entire operations:
Loading via barges/lighters equipped with rubber tire fenders(2-3 days)
Discharge directly to the Government Gazatted reclaimation area(sea) in
Singapore Western area called Tuas, B2B anchorage(2 days)

1. Delivery: Afsps Saigon ATDNSHINC

2. Re-delivery DLOSP 1 sp Singapore

3. Laycan: 0000 hrs 23rd Dec-2400 hrs 26th December 2008.. Laycan basis LT.

4. For 1 tct duration 10-20 days WOG with river sand trading. Vessel will be
deployed on Singapore Government's land reclamation project. Cargo river
sand originating from Mekong River. Saigon-Singapore trading allowed only.

Vessel will load at anchorage with lighters along side the ship/barges
equiped with sufficient rubber tire fenders to the masters satisfaction.
Vessel will discharge at Spore directly to the sea. All loading and
Discharging operations will be done by using ships gear and grabs.

5. Hire - USD 7,250 per day/rata daily including overtime
   USD 4,000 in lieu of hold cleaning lumpsum including removal of Dunnages

6. USD 1,200 lumpsum per 30 days or pro rata for covering all C/V/E

7. First 15 days hire and value of estimated consumable bunker(from Delivery
to Singapore only) to be paid within 3 (three) banking days after the
vessel's delivery. Charterers are entitled to deduct from last sufficient
hire payment value of estimated consumable bunkers.Hire to be calculated on
GMT basis.

8. Vessel to be delivered with about 850 metric tons of IFO and about 25-30
metric tons of MDO and to be redelivered with about same quantities of
bunkers as on delivery. Bunker prices -usd 220 pmt for IFO and usd 460pmt for
MDO. Charterers intend to bunker the vessel at Singapore.

9. If required, on-hire survey to be held in Owners' time at first loading
port or delivery port and off-hire survey to be held in Charterers' time at
last discharging port before redelivery by mutually agreed independent
surveyors. Expenses for on/off-hire surveys to be equally shared between
Owners and Charterers.

10.Deleted

11.Any taxes levied by country of vessel's registry, crew nationality and
ownership and flag to be for Owner's account. Any and all other taxes to be
for Charterers' account:

12.Owners guarantee that the vessel is a crane equipped suitable for the
carriage of as far as she has been described with engine(s) and bridge
located aft. Vessel's grabs to be used and are suitable to load/discharge
river sand with density max 1.3 mt per cbm.

LB DEP 183

13.Cargo gear to be in fully efficient state throughout the currency of the Charter Party. In case gears described as per vessel's details provided including grabs causes delays in loading and discharging operations(provided not caused as a result of stevedores misuse), then hire to be proportionately deducted.

14.As per owners proforma CP which is attached.

15.As per Owners proforma CP which is attached.

16.3.75 % address commissions

17.Otherwise as per owners proforma cp which is attached.(CP is the amended version  of the head BTB cp with cp dt 4/aug/2006)

End/

+++++

Medi Lisbon amended trip tct CP.pdf

Best Regards,

Ciao,

Medi Lisbon has been clean fixed to Jaldhi overseas for 1 tct to china as per the below recap.

No broker is involved in this deal.

Charterers in all probability will declare WWR haldia delivery. We have already verbally agreed with Oldendorff regarding WWR redely option from them. We need to ensure that the master is kept fully informed about the same.

The hire agreed is 21000 per day which looks nice.

This fixture has been done offmarket and will have to be kept pnc.

Best Regards,
Pratik
*****************************************************************************

d'Amico Dry - Singapore
Thomas Ringborg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9643

d'Amico Dry - Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086 8799

d'Amico Dry - Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
*****************************************************************************

| | | |
|---|---|---|
| dry/Montecarlo/Cogema/D'Amico Group<br>Sent by: Pratik Ray Chowdhury.<br>02/12/2009 10:02 AM | To | chartering@jaldhi.com |
| | cc | amit@jaldhi.com, Ops Dry/Montecarlo/Cogema/D'Amico Group@damico, dry/Montecarlo/Cogema/D'Amico Group@damico |
| | Subject | MEDI LISBON/JALDHI OVERSEAS :CLEAN RECAP with CP dated 12/feb/2009 |

Amit/Pratik

Ref telecons, can confirm that we are clean fixed with CP dated 12/feb/2009 as per the below recap;-

M/V MEDI LISBON
Geared/Grabbed Handymax BC
Built Tsuneishi Heavy Ind.(Cebu), Inc/Dec 2006/Panama flag
58,700 on 12.828 m  tpc :abt 57mt
LOA :189.99m/Beam  32.26 m(moulded)
GT/NT :32,379/19,363
4 x 30 mt SWL with grabs 4 x  6/12 cbm min/max
5 Ho/5 Ha

Speed/consumption in smooth weather upto max BF4/DSS3, no adverse
current, excluding sailing in restricted areas and/or in/out ports:
About 14.25 knots(B)/13.75 knots (L)on about 31.5 metric tons IFO for main engine plus about 1.6 metric
tons IFO for Diesel Generators for 24 hours, no marine Diesel Oil at sea; Daily port consumption: about
3.1 metric tons IFO idle / about 6 metric tons IFO working cranes;
IFO specifications: IFO 8217: 2005(E) category ISO-F-RMG 380)
Vessel may use minor quantities of diesel whilst navigating narrow, shallow, busy/restricted water areas,
canals, in and out of port, engine/generator starting/stopping
All details abt

- FIXTURE TO BE KEPT ABSOLUTELY PRIVATE AND CONFIDENTIAL
- Account JALDHI OVERSEAS SINGAPORE PTE LTD
- Dely dlosp or in chopt WWR Haidia   atdnshinc. If the charterers delay in declaring the wwr option , and
if owners have already booked pilot for sailing out, then chrtrs to pay for the cancellation of the pilots plus
any direct incidental expense which may arise for the late declaration of the option.
- Laycan 15-25 Feb 2008(0001HRS-2359 HRS LOCAL TIME)
- FOR 1 TCT VIA SPS SBS SAS AA AWIWL VIA EGI TO CHINA WITH HARMLESS/LAWFUL IRONORE
IN BULK
- REDEL DLOSP 1 SP CHINA ATDNSHINC(Chtrs to give 7/5/3/2/1 days definite notice of redel
mentioning with definite redel port)
- DURATION ABT 25-30 DAYS WOG
- HIRE USD 21,000 DIOT
- BOD abt 950-1050 mt ifo and abt 20-30 mt mdo
- BOR abt same as on delivery(PRICES USD 275/MT FOR IFO AND USD 400/MT FOR MDO) .
- ILOHC l/s USD 5,000
- CVE USD 1,250 pmpr
- 1st 15 days hire and value of est consumable bunkers till singapore to be paid w/n 3 banking days after
vsls delivery .Chrrs hv the right to deduct value of estd bunkers consumed till spore (as paid with first
chire), from last sufficient chire
- if DLOSP haidia option is declared then vsls holds on arrival first loading port to be clean/swept and
washed
down with freshwater and dried and  ready to receive chtrs intended
cargo, being free of loose rust scale and previous cargo residues to the
satisfaction of an independant surveyors, shd vsl not tb ready or approved by
relevant surveyors as being fit and suitably clean for chtrs intended cargo the
vsl to be offhire from time of rejection until the vsl is accepted and any direct expenees incurred to be paid
by owners.
- IF CHTRS EXERCISE 'WWR' OPTION, OWNERS ARE NOT TO BE RESPONSIBLE FOR HOLDS
CLEANLINESS BUT WILL RENDER THEIR BEST COOPERATION FROM VESSEL'S CREW IN
ASSISTING SHORE LABOR(PROVIDED LOCAL RULES AND REGULATIONS ALLOW SAME )
APPOINTED BY CHTRS FOR HOLDS CLEANING.
-IN THE EVENT CHRRS DECLARE WWR OPTION, VSL TO BE DELIVERED TO CHRRS ON COMPL
OF DISCHARGE OF CURRENT CARGO AND COMPLETION OF ALL DOCUMENTATION /
DEPARTURE FORMALITIES BY PORT AUTHORITIES FOR PREVIOUS CARGO / DISCHARGE
OPERATION'
- 3.75 PCT ADD COMM
- otherwise as per Owners Amended Head BTB  c/p dt 4/aug/2006(which is attached) logically amended /
altered as per main terms agreed and further following amendments / alterations as follows;-

- L.87 : PLS DELETE 'AND SUFFICIENT TO REACH MAIN BUNKERING PORT
++end recap

Medi Lisbon amended trip tct CP.pdf

Thanks for your support.

For all operational matters pls send emails to ops.dry@damicoint.com

Best Regards,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

d'Amico Dry – Singapore
Thomas Ringberg  P +65 6854 7361 / M +65 9782 8622
Mike Williams  P +65 6854 7362 / M +65 9126 4128
Pratik Ray Chowdhury  P +65 6854 7363 / M +65 9833 9543

d'Amico Dry – Monaco
Gustavo Corfetti  P +377 9310 5604 / M +377 6 8086 3066
Paolo Montella  P +377 9310 5590 / M +377 6 8086-8799

d'Amico Dry – Vancouver
Lorenzo Bottazzi P +1 604 484 8022 / M +1 778 888 6528
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LB DEP 187

# Other Documents

LB DEP 188

53



a d'Amico Società di Navigazione Company

Invoice Date: 30 January 2009
Invoice No. FFA-MEL-2009-01-PMH
Page No. 1

PRIMERA MARITIME (HELLAS) LTD

| Broker | FFA Date | Trade Ref | Route | Contract Rate | Period | Quantity | Settlement Rate | Profit/Loss | Opt |
|--------|----------|-----------|-------|---------------|--------|----------|-----------------|-------------|-----|
| IFCHOR | 02/09/2008 | 89026 | BPI4TC | 55,750.0000 | 1/2009 | 15.5 | 4,397.5357 | 795,963.20 | |
| ( 1) | | | | | | | Total due in our favour | 795,963.20 | |

is of Payment    5 banking days
ie Date          06/02/2009

Kindly remit to  BNP Paribas New York
Swift Code BNPAUS3N
To the credit of BNP Paribas (Suisse) Sa
Geneve - Switzerland
Swift Code BPPB CH GG
In Favour of    d'Amico Dry Limited
Account n° 86462/1J
Iban Code CH71 0868 6001 0864 6200 1

Note: Under the terms of the FFABA contract, when making settlement payment, all bank charges
are for the account of the payar

a global shipping company
seafaring traditions
with a modern
outlook

d'Amico Dry Limited
a d'Amico Società di Navigazione Company
VAT # IE6371697T
Company Reg. No. 351697
www.damicodry.com

Address
26 Fitzwilliam Square
Dublin 2 - Ireland

P +353 1 6763640
F +353 1 6763643
E dry@damicodry.com

91

LB DEP 189



52

### d'Amico Dry

a d'Amico International S.A. Company

Failure to pay – Notice

Primera Maritime (Hellas) Ltd
5, Roupel Street
145 64 Kifissia Athens
Kind Attention : M. Paul Coronis

09th February 2009

By courier

Dear Sirs

Re:  Contract no: 89025 dated 02/09/2008
(the "FFA")

We refer to the FFA.

In relation to the January settlement period under the FFA, payment to d'Amico Dry Ltd in the amount of USD 795,963,20 was due no later than 5 (five) London business days after the Settlement Date – i.e. by 6th February 2009.  Such payment has not been received pursuant to Clause 8 of the FFA.

We hereby give you notice that you are in breach of the FFA and all of our rights in this regard (including our right to obtain security for the amount of USD 795,963,20 that is now due and owing) are reserved. Further, if your failure to make payment is not remedied on or before the third Local Business Day (as defined in the FFA) after receipt of this notice, then an Event of Default will have occurred under the FFA. Again, all of our rights in that regard are reserved.

We await payment of the outstanding amount together with interest at the Applicable Rate (as defined in the FFA).

Yours faithfully

For and on behalf of
d'Amico Dry Ltd

a global shipping company,
seafaring traditions
with a modern
outlook

d'Amico Dry Limited                 Address                        Directors
a d'Amico International S.A. Company  The Anchorage                  Peter Cahill, Niamh O'Neill,
VAT # IE6371997T                    17-19 Sir John Rogerson's Quay   Marco Fiori (Italian),
Company Reg. No. 351997             Dublin 2 - Ireland              Luciano Bonaso (Italian),
                                                                    Francis Lambert (English)
Official web site                   P +353 1 6740100                Company Secretary
www.damicodmi.com                   F +353 1 6770212                First Island Secretaries Limited




90

LB DEP 190

55



a d'Amico International S.A. Company

### Failure to pay – Notice of Event of Default and Early Termination

Primera Maritime (Hellas) Ltd
6, Roupel Street
145 64 Kifissia Athens
Kind Attention : M. Paul Coronis

16th February 2009

By courier

Dear Sirs

Re:  Contract no: 69025 dated 02/09/2008
(the "FFA")

We refer to the FFA.

The sum that is due and owing to d'Amico Dry Ltd in relation to the January settlement period under the FFA remains unpaid.  Despite the notice that we sent to you on 09th February 2009 you have not remedied your failure to pay within the timeframe required in the FFA.

Your failure to make payment pursuant to the terms of the FFA constitutes an Event of Default in respect of a Failure to Pay or Deliver under clause 5(a)(i) of the ISDA Master Agreement constituted by and/or incorporated in the FFA.

In the circumstances, by this letter, we hereby notify you that an Event of Default has taken place and is now continuing.  As a result of the Event of Default, we are entitled to designate an Early Termination Date in respect of the FFA, bringing the FFA to an end.  We hereby designate 23rd February 2009 as the Early Termination Date for the FFA and the FFA is hereby terminated as specified.

Our rights under the FFA and /or otherwise are fully reserved.

Yours faithfully

For and on behalf of
d'Amico Dry Ltd

a global shipping company
seafaring traditions
with a modern
outlook

d'Amico Dry Limited
a d'Amico International S.A. Company
VAT # IE5371697T
Company Reg. No. 351697

Official web site
www.damicodrt.com

Address
The Anchorage
17-19 Sir John Rogerson's Quay
Dublin 2 - Ireland

P +353 1 6740100
F +353 1 6770212

Directors
Peter Cahill, Niamh O'Neil,
Marco Fiori (Italian),
Luciano Bonaso (Italian),
Francis Lambert (English)
Company Secretary
First Island Secretaries Limited




93

LB DEP 191

56



**d'Amico Dry**

a d'Amico Società di Navigazione Company

Primera Maritime (Hellas) Ltd
6, Roupel Street
145 64 Kifissia
Athens

For the attention of Paul Coronis

12 March 2009

By courier

Dear Sirs

Contract no: 89025 dated 02/09/2008
(the "FFA")

We refer to our previous letters concerning the above-captioned FFA.

Pursuant to clauses 6(d) and 6(e) of the ISDA Master Agreement incorporated in and/or evidenced by the FFA, this letter and enclosures constitute a statement that the sum of US$1,306,839.50 is payable as a result of the early termination of the FFA.

For the avoidance of doubt, the above sum is due in addition to the balance of the sum due in respect of the January settlement date, which was not received in respect of the FFA (together with compound interest at USD-LIBOR plus 2% pursuant to clause 9 of the FFA).

We further reserve the right to claim compound interest at USD-LIBOR plus 2% pursuant to clause 9 of the FFA for all sums which remain outstanding after the due date for payment.

a global shipping company
a seafaring traditions
with a modern
outlook



d'Amico Dry Limited
a d'Amico Società di Navigazione Company
VAT # IE6371897T
Company Reg. No. 361697

Official web site
www.damicoship.com

Address
The Anchorage
17-19 Sir John Rogerson's
Quay
Dublin 2

P +353 1 5740100
F +353 1 5770212
E dry@damicoint.com

Directors
Luciano Bonaso (Italian), Peter Cahill,
Cesare  d'Amico  (Italian),  Francis
Lambert (English), Niamh O'Neill

Company Secretary
Cara Secretaries Ltd



94

LB DEP 192



57

The account into which all sums due to be paid is as follows:

BNP Paribas New York
Swift Code: BNPAUS3N
To the credit of BNP Paribas (Suisse) Sa
Geneve – Switzerland
Swift Code BPPB CH GG
In favour of d'Amico Dry Limited
Account No. 86462/1J
Iban Code CH71 0868 6001 0864 6200 1

Our rights under the FFA and /or otherwise are fully reserved.

Yours faithfully

For and on behalf of
d'Amico Dry Ltd

95

LB DEP 193

58



**d'Amico Dry**

a d'Amico International S.A. Company

Messrs.
Primera Maritime (Hellas) Ltd

| Invoice n° | FFA-MEL-2009 23Feb09 PMH |
|---|---|
| Date : | 24/02/2009 |



## FFA

| Trade Ref | 8,902,5 |
|---|---|
| Contract date | 02/09/2008 |
| Freight Route | BPI average 4TC Routes |
| Contract Period | Q1-09 |

Mark to Market at 23rd February 2009

| February 2009 | $ | 632,450.00 |
|---|---|---|
| March 2009 | $ | 674,389.50 |

| Total Due | $ | 1,306,839.50 |
|---|---|---|



| Kindly remit to | BNP Paribas New York |
|---|---|
| Swift Code | BNPAUS3N |
| To the credit of | BNP Paribas (Suisse) SA Geneve - Switzerland |
| Swift Code | BPPBCHGG |
| In Favour of | d'Amico Dry Limited |
| Account n° | 86452/IJ |
| Iban Code | CH71 0868 6001 0864 6200 1 |

96

LB DEP 194



# IFCHOR S.A.

### SHIPBROKERS & CHARTERING AGENTS

Securities & FFA Division
PLACE PEPINET 1 - CH-1003 LAUSANNE, SWITZERLAND
TEL. + 41 21 310 3131 - TELEX 450351 IFC CH - TELEFAX + 41 21 310 3100
securities@ifchor.ch

Lausanne, 30/9/08

## F.F.A. settlement note /September 2008

## BPI  Average 4 Panamax TC Routes

**Ref.** 8.804.6.CoRa.TC/Ifchor        **Contract date** 4/8/08

| | |
|---|---|
| **Seller** | D'Amico Finance Ltd., Dublin |
| **Buyer** | Primera Maritime (Hellas) Ltd, Piraeus |
| **Sellers broker** | Ifchor |
| **Buyers broker** | Ifchor |
| **Expiry** | Last BPI day of September 2008 |
| **Price** | **$61,500** per day |
| **Quantity** | 30  days |
| **Settlement** | Monthly, against all BPI days of the month |

**Settlement price**
according to our records  **$ 39,836.7159**

**Difference** $ 21,663.2841  **by quantity  30**

**Total due** $ 649,898.52

    **by  Primera Maritime (Hellas) Ltd, Piraeus**

    **to  D'Amico Finance Ltd., Dublin**

A formal invoice should follow from the Creditor, which should be initially faxed
in copy to us and, if a fax address appears in the contract, to the Counterparty.

Sent to Cogema & Primera

**E.&O.E.**

LB DEP 195



# IFCHOR S.A.

### SHIPBROKERS & CHARTERING AGENTS

**Securities & FFA Division**
PLACE PEPINET 1 - CH-1003 LAUSANNE, SWITZERLAND
TEL. + 41 21 310 3131 - TELEX 450351 IFC CH - TELEFAX + 41 21 310 3100
securities@ifchor.ch

Lausanne,  30/9/08

## F.F.A. settlement note /September 2008

## BPI  Average 4 Panamax TC Routes

### Ref. 8.903.1.RaCo.TC/Ifchor      Contract date 3/9/08

|  |  |
|---|---|
| **Seller** | Primera Maritime (Hellas) Ltd, Piraeus |
| **Buyer** | D'Amico Finance Ltd., Dublin |
| **Sellers broker** | Ifchor |
| **Buyers broker** | Ifchor |
| **Expiry** | Last BPI day of September 2008 |
| **Price** | $51,000 per day |
| **Quantity** | 15  days |
| **Settlement** | Monthly, against all BPI days of the month |

**Settlement price**
according to our records   **$ 39,836.7159**

**Difference** $ 11,163.2841  **by quantity**  15
**Total due** $ 167,449.26
    **by**  D'Amico Finance Ltd., Dublin
    **to**  Primera Maritime (Hellas) Ltd, Piraeus

A formal invoice should follow from the Creditor, which should be initially faxed
in copy to us and, if a fax address appears in the contract, to the Counterparty.

Sent to Primera & Cogema

**E.&O.E.**



# IFCHOR S.A.

SHIPBROKERS & CHARTERING AGENTS

SECURITIES & FFA DIVISION
PLACE PÉPINET 1 – CH-1003 LAUSANNE, SWITZERLAND
TEL. +41 21 310 31 31 – FAX +41 21 310 31 00
E-MAIL: securities@ifchor.ch



## FORWARD FREIGHT AGREEMENT BROKERS ASSOCIATION ("FFABA")

### FORWARD FREIGHT AGREEMENT FFABA 2007 TERMS

**Trade Ref:**        8.903.9.CoRa.TC/Ifchor
**Contract Date:**   Wednesday, September 3, 2008

The purpose of this confirmation is to state the terms and conditions of the forward freight swap agreement entered into between:

**Seller**
**D'Amico Finance Limited**
25, Fitzwilliam Square
Dublin 2 - Ireland
Tel N. + 353 1 676 18 40
Fax N. + 353 1 676 18 43
Email. ffa@damicoint.com
P.I.C. Thierry Langlois

     and

**Buyer**
**Primera Maritime (Hellas) Ltd.**
106, Ag.Orous Street
185 46 Piraeus
Tel N. +30 210.6207 220
Fax N. +30 210 620 2128
Email. pcoronis@rimera.gr
P.I.C. Paul Coronis

The agreement between the parties set out in this Confirmation is a Confirmation pursuant to the Master Agreement.

1

Trade Réf: 8.903.9.CoRa.TC/Ifchor



LB DEP 197

In this Confirmation, **"Master Agreement"** has the meaning given to it in clause 9 if that clause applies, and if it does not, means any master agreement by which the Transaction entered into pursuant to and in accordance with this Confirmation is governed.

Until superseded by notice information in a subsequent Confirmation or other communication, the above addresses are hereby recognized as the correct addresses to which any notification under this Confirmation may be properly served.

The terms of this Confirmation are as follows:

1)   **Contract Route(s):**

As per the arithmetical average of the **Routes 1A, 2A, 3A and 4** [Transatlantic TC Round Voyage, TC Trip Out, Transpacific TC Round Voyage, TC Trip Back] of the **Baltic Panamax Index** as defined by the Baltic Exchange on the Contract Date and any route replacing or substituting that route subsequently published by the Baltic Exchange on or before the Settlement Date and with effect from the date of such replacement or substitution.

2)   **Contract Rate:**          **USD 59'000.00** per day

3)   **Contract Quantity:**      **46** days (see below)

4)   **Contract Months:**        **October 2008 (15,5 days)**
                                 **November 2008 (15 days)**
                                 **December 2008 (15,5 days)**

5)   **Settlement Date:**

The last Baltic Exchange Index publication day of each Contract Month.

6)   **Settlement Rate:**

(a)   Each settlement rate (the **"Settlement Rate"**) shall be the unweighted average of the rates for the Contract Route(s) published by the Baltic Exchange over each Settlement Period (defined as all Baltic Exchange Index publication days of each applicable Contract Month up to and including the Settlement Date).

(b)   If for any reason the Baltic Exchange cannot provide any rate required for establishing the Settlement Rate, then the current chairman of the FFABA may be instructed by either party to form a panel comprising of a minimum of three

2

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 198

independent brokers (the **"Panel"**) to determine an appropriate rate, which determination will be final and binding on both parties.

(c)    Each party shall bear its own costs and expenses in connection with any determination made pursuant to this clause 7.

(d)    The parties shall severally indemnify and hold harmless each of the members of the Panel, the Baltic Exchange and its members and the FFABA and its members (the **"Indemnified Persons"**) against all liabilities, actions, demands, costs and expenses incurred by any of them arising directly or indirectly out of or in connection with the formation of the Panel and any determination made by the Panel.

(e)    As between the parties, each party shall have a right of contribution against the other party in respect of any indemnity payment made pursuant to the preceding paragraph so that their respective liabilities pursuant to that paragraph shall be equal.

**7)    Settlement Sum:**

The **"Settlement Sum"** is the difference between the Contract Rate and the Settlement Rate multiplied by the Quantity by Contract Month. If the Settlement Rate is higher than the Contract Rate, the Seller shall pay the Buyer the Settlement Sum. If the Settlement Rate is lower than the Contract Rate, the Buyer shall pay the Seller the Settlement Sum.

**8)    Payment Procedure and Obligations:**

(a)    Payment of the Settlement Sum is due on the later of two (2) London business days after presentation of payee's invoice (with complete payment instructions) or five (5) London business days after the Settlement Date and for this purpose a **"London business day"** means a day (other than a Saturday or Sunday) on which commercial banks are open for business in London) . The Settlement Sum will be deemed "paid" when it has been received into the bank account designated by the payee.

(b)    Payment of the Settlement Sum shall be made telegraphically, in full, in United States dollars. The costs incurred in effecting payment shall be for the account of the payer. Payment may only be effected directly between the parties. The Settlement Sum shall be paid without any deduction or set-off except as permitted pursuant to the Master Agreement or otherwise as agreed by the Buyer and the Seller in writing.

**9)    ISDA Master Agreement:**

3

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 199

This clause 9 applies only if either:

(i)   this Confirmation does not already constitute a Confirmation under an existing master agreement entered into by the parties to this Confirmation; or

(ii)  the parties agree, either by virtue of clause 20 or otherwise, that the terms of the Master Agreement that is constituted by this clause are to replace any such existing master agreement.

This Confirmation constitutes and incorporates by reference the provisions of the 1992 ISDA® Master Agreement (Multicurrency – Cross Border) (without Schedule) as if they were fully set out in this Confirmation and with only the following specific modifications and elections:

(a)   Section 2(c)(ii) shall not apply so that a net amount due will be determined in respect of all amounts payable on the same date in the same currency in respect of two or more Transactions;

(b)   Seller is the Calculation Agent except where the Seller is the Defaulting Party in which event Buyer is the Calculation Agent;

(c)   the most current published set of ISDA® Commodity Definitions and ISDA® Definitions shall apply;

(d)   Credit Event Upon Merger is applicable to both parties;

(e)   for the purposes of payments on Early Termination, Loss will apply and the Second Method will apply;

(f)   Automatic Early Termination will apply to both parties;

(g)   the Termination Currency is United States dollars;

(h)   the Applicable Rate shall mean the one month USD-LIBOR plus 2%, reset daily and compounded monthly;

(i)   Local Business Day or banking day shall each refer to such a day in London;

(j)   such other modifications as shall be necessary for such incorporation;

(k)   references to "this Master Agreement", "this Agreement", "herein" and other like expressions shall be construed as being references to this Confirmation incorporating such provisions,

4

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 200

and this Confirmation, including such incorporated provisions, shall govern the Transaction referred to in this Confirmation and any other Transaction referred to in clauses 20 and 21.

The agreement constituted and incorporated by the incorporation of the provisions of the 1992 ISDA® Master Agreement (Multicurrency - Cross Border) (without Schedule) pursuant to this clause is referred to in this Confirmation as the **"Master Agreement"**.

10)   **Capacity and Good Standing:**

In line with and in addition to (as appropriate) the representations contained in Section 3 of the Master Agreement, each party represents to the other party that:

(a)   it is duly organized and validly existing under the laws of the jurisdiction of its organization or incorporation, and is solvent and in good standing;

(b)   it has the power to execute, deliver, and perform this Confirmation;

(c)   all governmental and other consents that are required to have been obtained by it with respect to this Confirmation have been obtained and are in full force and effect and all conditions of any such consents have been complied with;

(d)   in the event that a party to this Confirmation is a person organized under, domiciled in, or having its principal place of business in, the United States, each party represents to the other party that it is an "eligible contract participant" as defined in § 1a(12) of the Commodity Exchange Act (7 U.S.C. § 1a(12), as amended).

11)   **Telephone Recording:**

Each party consents to the recording of telephone conversations in connection with this Confirmation.

12)   **Commission:**

Each of the parties agrees to pay brokers' commission to any broker (a **"Broker"**) as agreed with any Broker.

13)   **Non-Assignability:**

Except as provided in Section 7 of the Master Agreement, this Confirmation is non-assignable unless otherwise agreed in writing between the parties to this Confirmation.

5

Trade Ref: 8.903.9.CoRa.TC/lfchor

LB DEP 201

14)    **Principal To Principal:**

This Confirmation is a principal to principal agreement with settlement directly between the two parties.  Both parties agree that **Ifchor SA** shall be under no obligation or liability in relation to this Confirmation.  Both parties agree jointly and severally to indemnify and hold harmless **Ifchor SA** against all actions, including but not limited to all claims, demands, liabilities, damages, costs and expenses both from the two parties and any third party.  Claims, demands, liabilities, damages, costs and expenses suffered or incurred are to be settled directly by or between the two parties.

15)    **Law and Jurisdiction:**

This Confirmation shall be governed by and construed in accordance with English law and shall be subject to the exclusive jurisdiction of the High Court of Justice in London, England.   The terms of Section 12(a) of the Master Agreement notwithstanding, proceedings may be validly served upon either party by sending the same by ordinary post and/or by fax to the addresses and/or fax numbers for each party given above.

16)    **Entire Agreement:**

This Confirmation and the Master Agreement set out the entire agreement and understanding of the parties with respect to the subject matter of this Confirmation and supersede all oral communication and prior writings with respect thereto.

17)    **Payment Account Information:**

**For Seller:**                                    **For Buyer:**
Bank address:                                    Bank address:

BNP PARIBAS NEW YORK                 HSBC BANK PLC, PIREAUS, GREECE
SWIFT : BNPAUS3N                          IBAN: GR29 071 0001 0000 001 008374 071
To the credit of : BNP PARIBAS (SUISSE) SA      ACCOUNT NO.   001 008374 071
Geneve                                          BIC: MIDL GR AA
SWIFT : BPPBCHGG                          FAVOUR: JPC INVESTMENTS S.A.
Beneficiary : D'Amico Finance Limited      RE: PRIMERA TRADE
ACCOUNT : #86462/1j
IBAN : CH37 0868 6001 0864 6300 1

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 202

18) **Third party rights**

    (a)    Unless provided to the contrary in this Confirmation, a person who is not a party to this Confirmation has no rights under the Contracts (Rights of Third Parties) Act 1999 to enforce or enjoy the benefit of any term of this Confirmation.

    (b)    Any Indemnified Person and any Broker shall have the right to enjoy the benefit of and enforce the terms of clause 6(d) in the case of any Indemnified Person and clause 14 in the case of any Broker.

    (c)    Notwithstanding any term of this Confirmation, the consent of any person who is not a party to this Confirmation is not required to rescind or vary this Confirmation.

19) **Partial Invalidity**

If, at any time, any provision of this Confirmation or the Master Agreement is or becomes illegal, invalid or unenforceable in any respect under any laws of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions nor the legality or enforceability of the provision under the laws of any other jurisdiction will in any way be affected or impaired.

20) **Inclusion of historical Confirmations under Master Agreement**

    (a)    **Unless the parties to this Confirmation specifically agree otherwise in writing, this clause 20 shall apply in accordance with its terms.**

    (b)    This clause 20 applies to this Confirmation and to every agreement entered into between the parties to this Confirmation (and no other persons) before the date of this Confirmation that is in respect of a forward freight swap, option or derivative:

        (i)    that is expressly stated to be subject to, or is subject to substantially the same terms as, either the FFABA 2000 terms, the FFABA 2005 terms or the FFABA 2007 terms, with or without amendment; and

        (ii)    in the case of a Confirmation that is stated to be subject to, or subject to substantially the same terms as, the FFABA 2007 terms that does not incorporate a clause substantially in the same form as this clause 20.

    (c)    Each agreement to which this clause 20 applies shall be treated as a Confirmation under the Master Agreement constituted pursuant to clause 9 as if such agreement had been entered into between the parties on the terms of the Master Agreement on the date of the first such Confirmation.

7

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 203

(d)   If there is any inconsistency between the provisions of any agreement constituted pursuant to paragraph (c) above and the agreement constituting a Transaction to which this clause 20 applies, the provisions of the agreement constituting the Transaction to which this clause 20 applies will prevail for the purposes of the Transaction under such agreement.

(e)   This clause 20 shall not affect any rights or obligations of the parties under any Transaction accrued before the date of this Confirmation.

(f)   This clause 20 is effective notwithstanding any entire agreement clause or similar provision in any such agreement relevant to any such Transaction.

**21)   Inclusion of subsequent Confirmations under Master Agreement**

(a)   **Unless the parties to this Confirmation specifically agree otherwise in writing, this clause 21 shall apply in accordance with its terms.**

(b)   This clause 21 applies to every Confirmation that is in respect of a forward freight swap, option or derivative entered into between the parties to this Confirmation (and no other persons) subsequent to an agreement incorporating a Master Agreement (as defined in and pursuant to a clause substantially in the same form as and equivalent to clause 9) having been entered into by them.

(c)   Each such subsequent Confirmation shall constitute a Confirmation under the Master Agreement on the terms of clauses 20(c), (d), (e) and (f) as if they were incorporated and fully set out in this clause 21 with appropriate and necessary modifications for such incorporation.

Signed for the Seller by                          Signed for the Buyer by

...Peter Cahill...............                    ..........................................
**Duly Authorized Signatory**                     **Duly Authorized Signatory**
*Director*
*d'Amico Finance Limited*

8

Trade Ref: 8.903.9.CoRa.TC/Ifchor

LB DEP 204

## Panamax Ships

| | Ship | Charterer | Fixture | Lay/Can | Charter | Route | Rate | Pages |
|---|---|---|---|---|---|---|---|---|
| 1. | Medi Genova | Cargill | 17 Nov. 08 | 19-25 Nov. | Trip | So. Afr. to Europe | $4,600 | 16-21 |
| 2. | Medi Rotterdam | Noble | 2 Feb. 09 | 1-6 Feb. | Time (24 Apr.-1 July) | Korea-Japan | $8,000 | 22-25 |
| 3. | Medi Kobe | SwissMarine | 8 Sept. 08 | 9-14 Sept. | Trip | Brazil to LA to Far East | $67,000 | 26-28 |
| 4. | | Noble | 19 Dec. 08 | 24-29 Dec. | Voyage | Indonesia to Hong Kong | $3.20/mt. | 29 |
| 5. | | Oldendorff | 21 Jan. 09 | 25-30 Jan. | Trip | W. Aust. to China | $2,050 | 30-33 |
| 6. | | Sangamon | 5 March 09 | 6-10 Mar. | Trip | ECSA to Sing./Japan | $15,500 | 34-35 |
| 7. | Medi Singapore | Raffles | 22 Oct. 08 | — | Trip | USNW to Sing./Japan | $5,750 | 36-42 |
| 8. | | Enel | 27 Nov. 08 | 16-25 Dec. | COA | Indonesia | (14 Dec. 06) | 43-44 |
| 9. | | Cosco | 13 Mar. 09 | 18-22 Mar. | Trip | Yuzhny to Europe | $21,750 | 45-46 |
| 10. | Medi Sentosa | STX | 22 Oct. 08 | 21 Oct. | Trip | SA to Sing./Japan | $15,250 | 47-49 |
| 11. | | E.A.S.T. | 15 Dec. 08 | 17-23 Dec. | Trip | No. Pac. To Middle East | $4,000 | 50-56 |
| 12. | | Windrose | 26 Feb. 09 | 26-28 Feb. | Trip | SA to Europe | $10,250 | 57-58 |
| 13. | Medi Lausanne | Oldendorff | 26 Sept. 08 | — | Trip | USWC to Japan | $33,250 | 59-60 |
| 14. | | Enel | 25 Nov. 08 | 3-12 Dec. | COA | Indonesia | (13 Feb. 06) | 61-63 |

LB DEP 205



January 2008 to April 2009 BPI Daily Prices (Average of Four Panamax Time Charter Routes)
100000
90000
80000
70000
60000
50000
40000
30000
20000
10000
0
FFA
Terminated
FFA Coverage Period