UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
D'AMICO DRY LIMITED,                              :
                                                  :
                Plaintiff-Appellants,   :   09 CIV7840  (JGK)
                                                  :
    v.                                            :
                                                  :
PRIMERA MARITIME (Hellas)                         :
LIMITED, ET AL.                                   :
                                                  :
                Defendant-Appellees.   :
-------------------------------------------------------------x

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the attached declaration of Karina Albers, the accompanying Memorandum of Law, and the prior proceedings herein, Defendant Primera Maritime (Hellas), Ltd., through undersigned counsel, moves this Court, before the Honorable Judge John G. Koeltl, and pursuant to Federal Rule of Civil Procedure 12(b)(1) for an Order dismissing Plaintiff, D'Amico Dry Limited's enforcement action for lack of subject matter jurisdiction.

Dated: New York, New York
November 7, 2014

Respectfully submitted,

By: _/s/ John J. Reilly_____

John J. Reilly
Corrine A. Irish (ci1106)
SQUIRE SANDERS (US) LLP
30 Rockefeller Plaza
New York, New York 10112
Tel:    (212) 872-9800
Fax:   (212) 872-9815
john.reilly@squirepb.com
corrine.irish@squirepb.com

Attorneys for Plaintiff
D'Amico Dry Limited

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion, Memorandum and accompanying documents, were filed electronically with the Clerk of the Court using the CM/ECF system this 7th day of November, 2014.  Notice of this filing will be sent to opposing counsel of record, Thomas L. Tisdale and counsel for all co-defendants by operation of the court's electronic filing system.

By: _/s/ John J. Reilly_____

John J. Reilly
SQUIRE SANDERS (US) LLP
30 Rockefeller Plaza
New York, New York 10112
Tel:    (212) 872-9800
Fax:    (212) 872-9815
john.reilly@squirepb.com