UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'AMICO DRY LIMITED,

        Plaintiff,

- against -

PRIMERA MARITIME (HELLAS) LTD., ET AL.,

        Defendants.

---

09 Cv. 7840 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated on the record at the conference today, any additional motions should be submitted by **May 29, 2015**. Responses are due **June 8, 2015**. Replies, if any, are due **June 12, 2015**. Discovery on the issue of alter egos should be stayed until **July 6, 2015**.

SO ORDERED.

Dated:  New York, New York
       May 20, 2015

                                         John G. Koeltl
                                  United States District Judge