USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-20-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'AMICO DRY LIMITED,

               Plaintiff,

- against -

PRIMERA MARITIME (HELLAS) LIMITED ET AL.,

               Defendants.

09-cv-7840 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

The plaintiff's unopposed motion, filed pursuant to Federal Rule of Civil Procedure 25(c), to substitute d'Amico Dry d.a.c. in place of d'Amico Dry Limited in order to reflect a change in the plaintiff's name is **granted**. The Clerk is directed to amend the caption of this case accordingly.

SO ORDERED.

Dated:    New York, New York
           November 19, 2018

                                                John G. Koeltl
                                          United States District Judge