```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'AMICO DRY LIMITED,

                          Plaintiff,                09-cv-7840 (JGK)

          - against -                               ORDER

PRIMERA MARITIME (HELLAS) LIMITED ET
AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

     For the reasons stated by the Court at today's hearing,

defendant Nikka Finance Inc.'s unopposed motion to dismiss for a

lack of personal jurisdiction is **granted**. The complaint against

Nikki Finance Inc. is **dismissed without prejudice**.

SO ORDERED.

Dated:     New York, New York
           November 14, 2018

                                            John G. Koeltl
                                       United States District Judge