UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
D'AMICO DRY D.A.C.,

                Plaintiff,

          -against-

PRIMERA MARITME (HELLAS) LIMITED,
ET AL.,

                Defendants.
-----------------------------------------------------------X

09 **CIV** 7840 (JGK)
**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Opinion and Order dated December 22, 2018, d'Amico Dry's request for a default judgment against Paul Coronis, Nicholas Coronis, Primera Ocean Services S.A., and J.P.C. Investments S.A. is granted; Judgment is entered for d'Amico Dry and against all of the defendants as follows:

- $1,794,334.93, representing the English Judgment, which awarded d'Amico Dry $1,766,278.54 (comprising the principal and compound interest at the contractual rate up until the English Judgment was entered) plus $28,056.39 in legal costs related to that action;

- $1,368,217.25 in interest that has accrued on the $1,794,334.93 award at a rate of 8 percent per annum since June 19, 2009 until judgment is entered; d'Amico is also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961; and

- attorney's fees and costs to be assessed in accordance with Federal Rule of Civil Procedure 54(d).

**DATED**: New York, New York
           December 28, 2018

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _12/28/2018_