UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
d'AMICO DRY LIMITED,                                           :
                                                               :
                    Plaintiff,       :
                                                               :   Case No.:  09-cv-7840 (JGK)
      - against -                                     :
                                                               :
PRIMERA MARITIME (HELLAS) LIMITED                              :
a.k.a. PRIMERA MARITIME LIMITED, SONIC                         :
FINANCE INC., MIRAGE FINANCE INC.,                             :
HANDY FINANCE INC., PASHA FINANCE INC.,                        :
MOVIDA FINANCE INC., ELEMENT FINANCE INC.,                     :
CALDERA MARINE CO. LTD., ADALIA                                :
MARINE CO. LTD., SEASATIN NAVIGATION                           :
INC., ANNAMAR NAVIGATION INC., SEASAFE                         :
NAVIGATION INC., CHEMNAV INC., PAUL                            :
CORONIS, NIKOLAOS CORONIS a.k.a.                               :
NICHOLAS CORONIS, PRIMEBULK                                    :
SHIPMANAGEMENT LTD., PRIMERA OCEAN                             :
SERVICES S.A., BULKNAV INC., J.P.C.                            :
INVESTMENTS S.A. a.k.a. JPC INVESTMENTS                        :
S.A. and CHEMNAV SHIPMANAGEMENT LTD.,                          :
                                                               :
                    Defendants.      :
------------------------------------------------------------------------x

## NOTICE OF APPEAL

      Notice is hereby given that Defendants SONIC FINANCE INC., MIRAGE FINANCE INC., HANDY FINANCE INC., PASHA FINANCE INC., MOVIDA FINANCE INC., ELEMENT FINANCE INC., CALDERA MARINE CO. LTD., ADALIA MARINE CO. LTD., SEASATIN NAVIGATION INC., ANNAMAR NAVIGATION INC., SEASAFE NAVIGATION INC., CHEMNAV INC., PRIMEBULK SHIPMANAGEMENT LTD., BULKNAV INC., and CHEMNAV SHIPMANAGEMENT LTD. (collectively referred to herein as the "Defendants"), by and through their undersigned counsel, hereby appeal to the U.S. Court

of Appeals for the Second Circuit from the Memorandum Opinion and Order of the Honorable John G. Koeltl dated April 24, 2019, ECF 376. A copy of the Opinion and Order is attached.

Dated: New York, New York
May 20, 2019

**BLANK ROME LLP**

By: */s/ William R. Bennett, III*
    William R. Bennett, III

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel.: (212) 885-5000
WBennett@BlankRome.com

*Counsel for Defendants*

*Sonic Finance Inc., Mirage Finance Inc., Handy Finance Inc., Pasha Finance, Inc., Movida Finance Inc., Element Finance Inc., Primebulk Shipmanagement Ltd., Bulknav Inc., Adalia Marine Co. Ltd., Annamar Navigation Inc., Caldera Marine Co. Ltd., Chemnav Shipmanagement Ltd., Chemnav Inc., Seasafe Navigation Inc., and Seasatin Navigation Inc.*